**MEREDITH & KEYHANI, PLLC**
125 Park Avenue, 25th floor
New York, New York 10017
212-760-0098
Facsimile: 212-202-3819
www.meredithkeyhani.com

_____

Writer's Direct Email:
dkeyhani@meredithkeyhani.com
Direct Dial:  212-380-1325

May 9, 2016

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: <u>*Blair v. Alstom S.A. et al., No. 1:16-cv-03391-PAE*</u>

Dear Judge Engelmayer:

     Our firm represents the Plaintiff, Scott Blair, in the above referenced matter.  This case is a patent infringement action pursuant to 35 U.S.C. 271 *et seq*.  I write this letter to advise the Court that in completing the Civil Cover Sheet's nature of suit section, we inadvertently checked box 890 "Other Statutory Actions" instead of the relevant 830 "Patent" box.  This information is provided to assist the Court with the docketing and case management of this case.  Please advise if the Court needs any other additional information.

                            Respectfully submitted,

                            <u>s/ Darius Keyhani</u>
                            Darius Keyhani