

*Steven M. Coyle*
scoyle@cantorcolburn.com
*Partner*

**Cantor Colburn LLP**
*Intellectual Property Attorneys*

**HARTFORD**
20 Church Street
22nd Floor
Hartford, CT 06103
phone: 860-286-2929
fax: 860-286-0115

**WASHINGTON, D.C.**
1800 Diagonal Road
Suite 400
Alexandria, VA 22314
phone: 703-236-4500
fax: 703-236-4501

**ATLANTA**
1180 Peachtree Street
Suite 2050
Atlanta, GA 30309
phone: 404-607-9991
fax: 404-607-9981

**HOUSTON**
2603 Augusta Drive
Suite 1270
Houston, TX 77057
phone: 713-266-1130
fax: 713-266-8510

**DETROIT**
201 W. Big Beaver Road
Suite 1101
Troy, MI 48084
phone: 248-524-2300
fax: 248-524-2700

www.cantorcolburn.com

June 30, 2016

**VIA ECF**

The Honorable Paul A. Engelmayer, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Blair v. Alstom S.A. et al.*, Civil Action No. 1:16-cv-03391-PAE

Dear Judge Engelmayer:

This firm represents Defendant, Alstom S.A. ("Alstom"), in the above-referenced matter. This letter-motion is written on behalf of Alstom to respectfully request an extension of time for Alstom to answer, move, or otherwise respond to the complaint in the above-named matter.

The present due date for Alstom to answer, move, or otherwise respond to the complaint is July 1, 2016. Alstom respectfully moves the Court to extend the July 1, 2016 due date by sixty (60) days to September 1, 2016. Although the parties dispute whether Plaintiff Scott Blair properly served process on Alstom, they have agreed to the September 1, 2016 due date in exchange for Alstom's agreement not to challenge the sufficiency of Plaintiff's service of process.

This is Alstom's first request for an extension of time to answer, move, or otherwise respond to the complaint.

Sincerely,

Steven M. Coyle, Esq.
SMC/kcm

cc via ECF:

Darius Keyhani, Esq.
*Attorney for Plaintiff Scott Blair*