# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SCOTT BLAIR

Plaintiff,

-v-

ALSTOM S.A. AND KAWASAKI HEAVY INDUSTRIES, LTD.,

Defendant.

Case No. 1:16-cv-03391-PAE

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kawasaki Heavy Industries, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: September 1, 2016

/s/ Sheila Mortazavi
Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf   SDNY Web 10/2007