## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BLAIR,<br><br>                    *Plaintiff*,<br><br>     v.<br><br>ALSTOM S.A. AND KAWASAKI HEAVY INDUSTRIES, LTD.,<br><br>                    *Defendants*. | CA No. 1:16-cv-03391-PAE-JLC |

### NOTICE OF DEFENDANT KAWASAKI HEAVY INDUSTRIES, LTD.'S MOTION TO STAY LITIGATION PENDING THE OUTCOME OF *INTER PARTES* REVIEW OF U.S. PATENT NO. 6,700,602

PLEASE TAKE NOTICE that, pursuant to the attached Memorandum of Law in Support of Defendant Kawasaki Heavy Industries, Ltd.'s Motion to Stay Litigation Pending the Outcome of *Inter Partes* Review of U.S. Patent No. 6,700,602, and the accompanying Declaration of Armin Ghiam, Defendant Kawasaki Heavy Industries, Ltd. will move before the Honorable Paul A. Engelmayer at the United States District Court for the Southern District of New York, Courtroom 1305, 40 Foley Square, New York, NY 10007, at such time and place to be scheduled by this Court, for an Order staying this action pending the outcome of *Inter Partes* Review of U.S. Patent No. 6,700,602.

- 2 -

Dated: January 10, 2017    Respectfully submitted,

/s/ Sheila Mortazavi
Sheila Mortazavi
smortazavi@andrewskurthkenyon.com
Zaed M. Billah
zbillah@andrewskurthkenyon.com
Armin Ghiam
aghiam@andrewskurthkenyon.com
ANDREWS KURTH KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

*Attorneys for Defendant Kawasaki Heavy Industries, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Armin Ghiam