IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BLAIR,<br><br>    Plaintiff,<br><br>  v.<br><br>ALSTOM S.A. AND KAWASAKI HEAVY INDUSTRIES, LTD.,<br><br>    Defendants. | Case No. 1:16-cv-03391-PAE |

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff Scott Blair's Opposition to Defendant Kawasaki Heavy Industries, Ltd.'s Motion to Stay Litigation, Declaration of Frances H. Stephenson, and Exhibits A-F were electronically filed on this January 24, 2017. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

/s/ Frances H. Stephenson
Frances H. Stephenson