```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT BLAIR,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :
              -v-                                           :
                                                            :
ALSTOM S.A. and                                             :
KAWASAKI HEAVY INDUSTRIES, LTD.,                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2017

16 Civ. 3391 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court declines the motion of defendant Kawasaki Heavy Industries, Ltd., to stay this litigation. Dkt. 29. In the event that the PTAB decides to institute an *Inter Partes Review* of the '602 Patent, the Court will entertain a renewed application for a stay.

    SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 10, 2017
       New York, New York