IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BLAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALSTOM TRANSPORTATION, INC.<br>AND KAWASAKI RAIL CAR, INC.,<br><br>　　　　Defendants. | Case No. 1:16-cv-03391-PAE |

## JOINT DISPUTED CLAIM TERM CHARTS

In accordance with the Court's Civil Case Management Plan and Scheduling Order (Dkt. #23) entered in this action, Plaintiff Scott Blair ("Plaintiff") and Defendants Alstom Transportation, Inc. ("Alstom") and Kawasaki Rail Car, Inc. ("Kawasaki") (collectively "Defendants") hereby submit these Joint Disputed Claim Term Charts.

**I.      PLAINTIFF'S PROPOSED CONSTRUCTIONS**

| Claim Term/Phrase | Plaintiff's Proposed Construction | Intrinsic Evidence |
|---|---|---|
| "substantially flush"<br><br>(Claim 8) | Ordinary and customary meaning | |
| "substantially flushed"<br><br>(Claim 1) | Ordinary and customary meaning | |
| "flushed"<br><br>(Claims 20, 22) | Ordinary and customary meaning | |
| All other terms/phrases proposed by Defendants and/or where Defendants' claim terms/phrases are indefinite | Ordinary and customary meaning | '602 patent (including the specification, figures, and claims), prosecution history, and reexamination and appeal record |

| | | |
|---|---|---|
| (Claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, and 29) | | |

## II.   DEFENDANT ALSTOM'S PROPOSED CONSTRUCTION

| Claim Term/Phrase | Defendant's Proposed Construction | Intrinsic Evidence |
|---|---|---|
| "substantially flushed" (Claim 1) | Indefinite | |
| "adjacent wall surface" (Claim 1) | Indefinite | |
| "transitional wall portion" (Claim 8) | Indefinite | |
| [mounted at the] "junction of the side wall and the ceiling" (Claim 1; 8; 15; 20) | Indefinite | |
| "a video signal source unit" | player units for playing pre-recorded video material, such as computer-based digital video recorders (including CD-ROM players), video tape players and video disk players, and television receivers for receiving live or pre-recorded broadcast television signals from a remote transmitter and supplying these to the video display monitors mounted in the subway cars. | Col. 2, ln. 15-58 ("...player units for playing pre-recorded video material..."); claims 1, 5, 7, 8, 15, 17, 20, 28. |
| "video signal source system" | Indefinite | |
| "video system subway car" | Indefinite | |

2

| | | |
|---|---|---|
| "any of claim 1" | Indefinite | |
| "self-contained wiring cabling system" | A standalone wiring cabling system | Col. 2, ln.30-42; Col. 2, ln. 59-Col. 3, ln. 4; claim 7. |
| "a ceiling adjoining the sidewalls"<br><br>(Claim 1; 8; 15; 20) | Indefinite | |
| "substantially flush"<br><br>(Claim 8) | [Same as for Claim 1] | |
| "adjacent surface structure of the transitional wall portion"<br><br>(Claim 8) | Indefinite | |
| "transitional segment"<br><br>(Claim 15) | Indefinite | |
| "disposed at the juncture of the sidewall and the ceiling"<br><br>(Claim 15) | [see above] | |
| "substantially contiguous" (Claim 15) | [see below, next element] | |
| "substantially contiguous with an exterior surface of said transitional segment"<br><br>(Claim 15) | Indefinite | |
| [A backlit panel disposed on the] "transitional segment disposed adjacent the ceiling and a respective sidewall"<br><br>(Claim 15) | Indefinite | |
| [wherein an external surface of the longitudinal opposed sidewall, the exterior surface of said transitional segment | The sidewall, transitional segment, and ceiling surfaces flow one into the other smoothly as a continuum and | Col. 4, ln. 1-13 ("...where there is commonly provided a concavely curved segment of internal wall, the transparent |

3

| | | |
|---|---|---|
| and an external surface of the ceiling comprise a] "blended contour"<br><br>(Claim 16) | without any perceptible interruption or separation. | cover unit is suitably similarly concavely curved, so that it can be mounted as a continuum with the internal walls and blended to contours thereof..." and "...designed to appear integral..."); Col. 5, ln. 57-62 ("The shield 44 now blends with forward facing part 48 the exterior skin and body structure to provide a perhaps more aesthetically appealing arrangement."); Fig 6; www.dictionary.com ("Blended = "to mix or intermingle smoothly and inseparably" or "to have no perceptible separation") |
| "ceiling adjoining the sidewalls" | [see above] | |
| "mounted at the junction of the sidewalls and the ceiling" | [see above] | |
| "transparent cover unit flushed with the adjacent wall surface structure of the car"<br><br>(Claim 20) | Transparent cover unit exactly even appearing integral with the subway internal wall surface on all sides | Col. 3, ln. 62-Col. 4, ln. 14; Col. 4, ln. 41-56; Col. 5, ln. 21-Col. 6, ln. 7; Figs. 2-4, 4a, 5-7; claims 1, 8, 10, 15, 16, 20, 22; Reexam (*see, e.g.*, Office Action of 1/11/12 at 5, 6; Response of 3/9/12 at 7-8; Office Action of 4/25/12 at 5, 7, 25-32; Response of 6/25/12 at 10-12; Advisory Action of 1/16/13 at 4-7; Appeal Brief of 3/18/13 at 4-6; Examiner's Answer of 7/10/13 at 4-6; Decision on Appeal of 6/30/14 at 5, 6; Notice of Intent to Issue Ex Parte Reexam. Cert. of 1/5/15 at 4, 5). |
| [the transparent cover unit is] "flushed with the adjacent wall structure such that it | Indefinite | |

4

| | | |
|---|---|---|
| contains no protuberances" (Claim 22) | | |
| "blended contour" | [See above, claim 16] | |

### III. DEFENDANT KAWASAKI'S PROPOSED CONSTRUCTIONS

| Claim Term/Phrase | Defendant's Proposed Construction | Intrinsic Evidence |
|---|---|---|
| "a ceiling adjoining the sidewalls" (Claims 1, 8, 15, 20) | Indefinite | |
| "at the junction of the sidewall and ceiling", "at the junction of the sidewall and the ceiling" (Claims 1, 8, 15, 20) | Indefinite | |
| "a video signal source unit" (Claims 1, 5, 7, 8, 15, 17, 20, 28) | player units for playing pre-recorded video material, such as computer-based digital video recorders (including CD-ROM players), video tape players and video disk players, and television receivers for receiving live or pre- recorded broadcast television signals from a remote transmitter and supplying these to the video display monitors mounted in the subway cars | 2:15-58; claims 1, 5, 7, 8, 15, 17, 20, 28. |
| "substantially flushed with the adjacent wall surface structure of the car", "substantially flush with the adjacent surface structure of the transitional wall portion" | Indefinite | |

| | | |
|---|---|---|
| (Claims 1, 8) | | |
| "video signal source system" (Claim 2) | Indefinite | |
| "the program" (Claim 3) | Indefinite | |
| "video system subway car" (Claim 4) | Indefinite | |
| "any of claim 1" (Claim 7) | Indefinite | |
| "self-contained wiring cabling system" (Claim 7) | a standalone wiring cabling system | 2:30-42; 2:59-3:4; claim 7. |
| "a plurality of transparent cover units that cover respective ones of the video display monitors" (Claim 8) | a plurality of transparent cover units, each covering only one video display monitor | 3:62-4:14; 4:46-56; 5:21-6:7; Figs. 4, 4a, 5-7; claims 8, 9, 20-22. Reexam. File History (*see, e.g.*, Notice of Intent to Issue Ex Parte Reexam. Cert. of 1/5/15 at 4, 5). |
| "a transitional wall portion" (Claims 8, 10, 11) | Indefinite | |
| "back lit panel" | a non-electronic display panel | 4:43-56; 5:8-34; 5:50-6:7; |

| | | |
|---|---|---|
| (Claims 11, 15, 19, 23) | illuminated by a light source behind it | Figs. 3, 4, 4a, 5-7; claim 11, 15, 19, 23.<br><br>Reexam. File History (*see, e.g.*, Notice of Intent to Issue Ex Parte Reexam. Cert. of 1/5/15 at 4, 5). |
| "disposed on the transitional wall portion", "disposed adjacent the video screen of the video display monitor", "disposed on the transitional segment disposed adjacent the ceiling and a respective sidewall", "disposed on the adjacent wall surface structure of the car"<br><br>(Claims 11, 15, 19, 23) | Indefinite | |
| "a transitional segment"<br><br>(Claims 15, 16) | Indefinite | |
| "substantially contiguous with an exterior surface of said transitional segment"<br><br>(Claim 15) | Indefinite | |
| "flushed with the adjacent wall surface structure of the car", "flushed within the adjacent wall structure such that it contains no protuberances"<br><br>(Claims 20, 22) | exactly even with the subway car wall surface on all sides; otherwise, indefinite. | 3:62-4:14; 4:41-56; 5:21-6:7; Figs. 2-4, 4a, 5-7; claims 1, 8, 10, 15, 16, 20, 22.<br><br>Reexam. File History (*see, e.g.*, Office Action of 1/11/12 at 5, 6; Response of 3/9/12 at 7-8; Office Action of 4/25/12 at 5, 7, 25-32; Response of 6/25/12 at 10-12; Advisory |

|  |  | Action of 1/16/13 at 4-7; Appeal Brief of 3/18/13 at 4-6; Examiner's Answer of 7/10/13 at 4-6; Decision on Appeal of 6/30/14 at 5, 6; Notice of Intent to Issue Ex Parte Reexam. Cert. of 1/5/15 at 4, 5). |
|--|--|--|

Dated: March 17, 2017

Respectfully submitted,

/s/Darius Keyhani
Darius Keyhani
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com
*Attorneys for Plaintiff*

By: /s/ Steven M. Coyle
Steven M. Coyle, Esq. (No. SC0730)
Tasia E. Hansen, Esq. (*Pro Hac Vice*)
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel: 860-286-2929
Fax: 860-286-0115
scoyle@cantorcolburn.com
thansen@cantorcolburn.com

*Counsel for Defendant*
*Alstom Transportation, Inc.*

/s/ Sheila Mortazavi
Sheila Mortazavi
smortazavi@andrewskurthkenyon.com
Zaed M. Billah
zbillah@andrewskurthkenyon.com
Armin Ghiam
aghiam@andrewskurthkenyon.com

                                          ANDREWS KURTH KENYON LLP
                                          One Broadway
                                          New York, NY 10004
                                          Telephone: (212) 425-7200
                                          Facsimile: (212) 425-5288

                                          *Attorneys for Defendant Kawasaki Rail Car, Inc.*