# Exhibit B

Trials@uspto.gov                                                                           Paper 12
Tel: 571-272-7822                                                              Entered: May 4, 2017

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

KAWASAKI RAIL CAR, INC.,

Petitioner,

v.

SCOTT BLAIR,

Patent Owner.
_____

Case IPR2017-00117
Patent 6,700,602 B1
_____

Before JAMESON LEE, SCOTT A. DANIELS, and
KEVIN C. TROCK, *Administrative Patent Judges*.

TROCK, *Administrative Patent Judge*.

SCHEDULING ORDER

A. DUE DATES

This order sets due dates for the parties to take action after institution of the proceeding. The parties may stipulate to different dates for DUE DATES 1 through 5 (earlier or later, but no later than DUE DATE 6). A notice of the stipulation, specifically identifying the changed due dates, must

Case IPR2017-00117
Patent 6,700,602 B1

be promptly filed.  The parties may not stipulate to an extension of DUE DATES 6 and 7.

In stipulating to different dates, the parties should consider the effect of the stipulation on times to object to evidence (37 C.F.R. § 42.64(b)(1)), to supplement evidence (37 C.F.R. § 42.64(b)(2)), to conduct cross-examination (37 C.F.R. § 42.53(d)(2)), and to draft papers depending on the evidence and cross-examination testimony (*see* section B, below).

The parties are reminded that the Testimony Guidelines appended to the Office Patent Trial Practice Guide, 77 Fed. Reg. 48,756, 48,772 (Aug. 14, 2012) (Appendix D), apply to this proceeding.  The Board may impose an appropriate sanction for failure to adhere to the Testimony Guidelines.  37 C.F.R. § 42.12.  For example, reasonable expenses and attorneys' fees incurred by any party may be levied on a person who impedes, delays, or frustrates the fair examination of a witness.

1. INITIAL CONFERENCE CALL

An initial conference call is scheduled for Monday, June 5, 2017 at 11:00 A.M. Pacific Time (2:00 P.M. Eastern Time).  *See* Office Patent Trial Practice Guide, 77 Fed. Reg. 48,756, 48,765–66 (Aug. 14, 2012) for guidance in preparing for the call.  The parties should be prepared to discuss, and agree to, the location and date of a hearing, any proposed changes to the schedule and any motions the parties anticipate filing during the proceeding.

2. DUE DATE 1

The patent owner may file—
a. A response to the petition (37 C.F.R. § 42.120), and
b. A motion to amend the patent (37 C.F.R. § 42.121).

Case IPR2017-00117
Patent 6,700,602 B1

The patent owner must file any such response or motion to amend by DUE DATE 1.  If the patent owner elects not to file anything, the patent owner must arrange a conference call with the parties and the Board.  The patent owner is cautioned that any arguments for patentability not raised in the response will be deemed waived.

3.  DUE DATE 2

The petitioner must file any reply to the patent owner's response and opposition to the motion to amend by DUE DATE 2.

4.  DUE DATE 3

The patent owner must file any reply to the petitioner's opposition to patent owner's motion to amend by DUE DATE 3.

5.  DUE DATE 4

a. Each party must file any motion for an observation on the cross-examination testimony of a reply witness (*see* section C, below) by DUE DATE 4.

b. Each party must file any motion to exclude evidence (37 C.F.R § 42.64(c)) and any request for oral argument (37 C.F.R. § 42.70(a)) by DUE DATE 4.

6.  DUE DATE 5

a. Each party must file any response to an observation on cross-examination testimony by DUE DATE 5.

b. Each party must file any opposition to a motion to exclude evidence by DUE DATE 5.

Case IPR2017-00117
Patent 6,700,602 B1

7. DUE DATE 6

Each party must file any reply for a motion to exclude evidence by DUE DATE 6.

8. DUE DATE 7

The oral argument (if requested by either party) is tentatively set for DUE DATE 7.  Requests for audio-visual equipment are to be made 5 days in advance of the hearing date.  The request is to be sent to trials@uspto.gov.  If the request is not received timely, the equipment may not be available on the day of the hearing.  Additional information regarding hearings may be found at https://www.uspto.gov/patents-application-process/appealing-patent-decisions/hearings-ptab.

B. CROSS-EXAMINATION

Except as the parties might otherwise agree, for each due date—

1. Cross-examination begins after any supplemental evidence is due.  37 C.F.R. § 42.53(d)(2).

2. Cross-examination ends no later than a week before the filing date for any paper in which the cross-examination testimony is expected to be used.  *Id.*

C. MOTION FOR OBSERVATION ON CROSS-EXAMINATION

A motion for observation on cross-examination provides the parties with a mechanism to draw the Board's attention to relevant cross-examination testimony of a reply witness because no further substantive paper is permitted after the reply.  *See* Office Patent Trial Practice Guide, 77 Fed. Reg. 48,756, 48,768 (Aug. 14, 2012).  The observation must be a concise statement of the relevance of precisely identified testimony to a

4

Case IPR2017-00117
Patent 6,700,602 B1

precisely identified argument or portion of an exhibit. Each observation should not exceed a single, short paragraph. The opposing party may respond to the observation. Any response must be equally concise and specific.

Case IPR2017-00117
Patent 6,700,602 B1

DUE DATE APPENDIX

INITIAL CONFERENCE CALL ....... June 5, 2017 11:00 A.M. Pacific Time
(2:00 P.M. Eastern Time)

DUE DATE 1 ................................................................... August 7, 2017
    Patent owner's response to the petition

    Patent owner's motion to amend the patent

DUE DATE 2 ................................................................ November 6, 2017
    Petitioner's reply to patent owner's response to petition

    Petitioner's opposition to motion to amend

DUE DATE 3 ................................................................December 5, 2017
    Patent owner's reply to petitioner's opposition to motion to amend

DUE DATE 4 .............................................................. December 22, 2017
    Motion for observation regarding cross-examination of reply witness

    Motion to exclude evidence

    Request for oral argument

DUE DATE 5 ...................................................................... January 5, 2018
    Response to observation

    Opposition to motion to exclude

DUE DATE 6 .................................................................... January 12, 2018
    Reply to opposition to motion to exclude

DUE DATE 7 ......................................... TENTATIVELY January 26, 2018
11:00 A.M. Pacific Time (2:00 P.M. Eastern Time)
    Oral argument (if requested).

6

Case IPR2017-00117
Patent 6,700,602 B1

PETITIONER:

Sheila Mortazavi
Zaed M. Billah
Armin Ghiam
ANDREWS KURTH KENYON LLP
SheilaMortazavi@andrewskurthkenyon.com
ZaedBillah@andrewskurthkenyon.com
ArminGhiam@andrewskurthkenyon.com


PATENT OWNER:

Jennifer Meredith
Sucheta Chitgopekar
MEREDITH & KEYHANI, PLLC
jmeredith@meredithkeyhani.com