UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BLAIR,<br><br>          Plaintiff,<br><br>v.<br><br>ALSTOM TRANSPORTATION, INC.<br>AND KAWASAKI RAIL CAR, INC.,<br><br>          Defendants. | Civil Action No. 1:16-cv-03391-PAE |

**NOTICE OF DEFENDANT ALSTOM TRANSPORTATION, INC.'S MOTION
TO STAY LITIGATION PENDING THE OUTCOME OF
*INTER PARTES* REVIEW OF U.S. PATENT NO. 6,700,602**

PLEASE TAKE NOTICE that, pursuant to the attached Memorandum of Law in Support of Defendant Alstom Transportation, Inc.'s ("Alstom") Motion to Stay Litigation Pending the Outcome of *Inter Partes* Review of U.S. Patent No. 6,700,602, Alstom will move before the Honorable Paul A. Engelmayer at the United States District Court for the Southern District of New York, Courtroom 1305, 40 Foley Square, New York, NY 10007, at such time and place to be scheduled by this Court, for an Order staying this action pending the outcome of *Inter Partes* Review of U.S. Patent No. 6,700,602.

| | |
|---|---|
| Dated: May 17, 2017 | Respectfully submitted, |
| | By: <u>/s/ Steven M. Coyle</u> |
| | Steven M. Coyle, Esq. (No. SC0730) |
| | Tasia E. Hansen, Esq. (*Pro Hac Vice*) |
| | CANTOR COLBURN LLP |
| | 20 Church Street, 22nd Floor |
| | Hartford, CT 06103 |
| | Tel: 860-286-2929 |
| | Fax: 860-286-0115 |
| | scoyle@cantorcolburn.com |
| | thansen@cantorcolburn.com |
| | |
| | *Counsel for Defendant* |
| | *Alstom Transportation, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that that on May 17, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                By: /s/ Steven M. Coyle
                                                   Steven M. Coyle