```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SCOTT BLAIR,

                              Plaintiff,

         -v-

ALSTOM S.A. and
KAWASAKI HEAVY INDUSTRIES, LTD.,

                         Defendants.

------------------------------------------------------------X

16 Civ. 3391 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    For the reasons set on the record at today's conference, the Court stays all proceedings in this case, pending the outcome of *inter partes* review by the U.S. Patent Trial and Appeal board (the "PTAB"), save that the parties are to complete paper (non-ESL) document discovery by the end of July. The Court directs counsel, within two weeks of a decision by the PTAB on the *inter partes* review that it has undertaken, to submit a joint letter setting forth the parties' views as to next steps in this case, including the need, if any, for a continued stay pending completion of any appeal. Counsel are further directed to submit a joint letter to the Court, every 60 days, briefly updating the Court on the state of proceedings before the PTAB, including as relates to Kawasaki's second petition for *inter partes* review.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                           United States District Judge

Dated: June 5, 2017
       New York, New York