

Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
+1.212.309.1000 Phone
+1.212.309.1100 Fax
HuntonAK.com

Sheila Mortazavi
+1.212.908.6346 Phone
SMortazavi@HuntonAK.com

August 3, 2018

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:   *Blair v. Alstom Transportation, Inc. and Kawasaki Rail Car, Inc.*,
             No. 1:16-cv-03391-PAE-JLC

Dear Judge Engelmayer:

      We represent defendant Kawasaki Rail Car, Inc. in this action. The action is currently stayed pending resolution of two *inter partes* reviews ("IPRs") of the asserted claims of the patent-in-suit (U.S. Patent No. 6,700,602) by the Patent Trial and Appeal Board ("PTAB"). The two IPRs are captioned as *Kawasaki Rail Car, Inc. v. Scott Blair*, IPR2017-00117 (Final written decision issued on May 2, 2018) ("First IPR"), and *Kawasaki Rail Car, Inc. v. Scott Blair*, IPR2017-01036 (filed on March 6, 2017, and instituted on September 12, 2017) ("Second IPR"). Pursuant to the June 5, 2017 Order granting the stay (D.I. 61), we submit this letter on behalf of all parties regarding the status of the proceedings before the PTAB.

      In the First IPR, the PTAB issued its final written decision on May 2, 2018. Plaintiff has appealed this decision to the U.S. Court of Appeals for the Federal Circuit, which docketed the appeal as Case No. 18-2098. Plaintiff's opening appeal brief is due October 1, 2018.

      In the Second IPR, the oral hearing occurred on July 9, 2018, and the PTAB's final written decision is due by September 12, 2018.

      As directed, the parties will submit another joint status letter in 60 days.

August 3, 2018
Page 2

                                                                                Respectfully submitted,

                                                                                Sheila Mortazavi

Cc:    Darius Keyhani, Esq.
         Steven Coyle, Esq.