

Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
+1.212.309.1000 Phone
+1.212.309.1100 Fax
HuntonAK.com

Sheila Mortazavi
+1.212.908.6346 Phone
SMortazavi@HuntonAK.com

August 22, 2019

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Blair v. Alstom Transportation, Inc. and Kawasaki Rail Car, Inc.*,
              No. 1:16-cv-03391-PAE-JLC

Dear Judge Engelmayer:

      We represent defendant Kawasaki Rail Car, Inc. in this action. The action is currently stayed pending resolution of two *inter partes* reviews ("IPRs") of the asserted claims of the patent-in-suit (U.S. Patent No. 6,700,602) by the Patent Trial and Appeal Board ("PTAB"). The two IPRs are captioned as *Kawasaki Rail Car, Inc. v. Scott Blair*, IPR2017-00117 (Final written decision issued on May 2, 2018) ("First IPR"), and *Kawasaki Rail Car, Inc. v. Scott Blair*, IPR2017-01036 (Final written decision issued on September 10, 2018) ("Second IPR"). Pursuant to the June 5, 2017 Order granting the stay (D.I. 61), we submit this letter on behalf of all parties regarding the status of the proceedings before the PTAB and the Court of Appeals for the Federal Circuit.

      As indicated in previous status letters, the PTAB found all of the challenged claims in the First IPR and the Second IPR to be unpatentable. Blair appealed the PTAB's decision in the First IPR, but did not appeal the PTAB's decision in the Second IPR.

      Oral argument in the appeal of the First IPR was held on August 5, 2019. On August 8, 2019, the Federal Circuit issued a FED. CIR. R. 36 judgment affirming the PTAB's Final Written Decision in the First IPR (attached as Exhibit A).

      Pursuant to FED. R. APP. P. 41(b), the Federal Circuit's "mandate must issue 7 days after the time to file a petition for rehearing expires," if Blair does not file a petition for panel rehearing, petition for rehearing *en banc*, or motion for stay of mandate. In this case, Blair's deadline to file a petition for rehearing expires on September 9, 2019, and thus, the mandate will issue on September 16, 2019 if Blair does not file any petition or motion. The parties have conferred, and counsel for Blair has indicated that his client is still evaluating his options.

August 22, 2019
Page 2

    The parties will confer and submit another status letter regarding the next steps in this case once the mandate from the Federal Circuit issues.

Respectfully submitted,

Sheila Mortazavi

Cc:    Darius Keyhani, Esq.
        Steven Coyle, Esq.