**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SCOTT BLAIR,

*Plaintiff*,

v.

ALSTOM TRANSPORTATION, INC. and
KAWASAKI RAIL CAR, INC.,

*Defendants*.

C.A. No. 1:16-cv-03391-PAE-JLC

**DECLARATION OF ZAED M. BILLAH**

I, Zaed M. Billah, declare as follows:

1.      I am counsel for Defendant Kawasaki Rail Car, Inc. in this case.  I submit this declaration

in support of Defendant Kawasaki Rail Car, Inc.'s Motion for Judgment on the Pleadings and

Dismissal with Prejudice, a Finding of Exceptional Case, and Recovery of Attorneys' Fees and

Costs Pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d).

2.      Attached as <u>Exhibit A</u> is a true and correct copy of U.S. Patent No. 6,700,602.

3.      Attached as <u>Exhibit B</u> is a true and correct copy of Kawasaki Rail Car, Inc.'s Petition for

*Inter Partes* Review of U.S. Patent 6,700,602 Under 35 U.S.C. § 312 and 37 C.F.R. § 42.104

filed on October 25, 2016 (Case No. IPR2017-00117).

4.      Attached as <u>Exhibit C</u> is a true and correct copy of Japanese Pub. No. 04-085379 of

Unexamined Pat. Appl. No. 2-128348 to Namikawa ("Namikawa").

5.      Attached as <u>Exhibit D</u> is a true and correct copy of a certified English translation of

Namikawa.

6.     Attached as <u>Exhibit E</u> is a true and correct copy of Japanese Pub. No. 04-322579 of Unexamined Pat. Appl. No. 3-90761 to Sasao ("Sasao").

7.     Attached as <u>Exhibit F</u> is a true and correct copy a certified English translation of Sasao.

8.     Attached as <u>Exhibit G</u> is a true and correct copy of Japanese Pub. No. H2-223985 of Unexamined Pat. Appl. No. H1-42966 to Amano ("Amano").

9.     Attached as <u>Exhibit H</u> is a true and correct copy of a certified English translation of Amano.

10.     Attached as <u>Exhibit I</u> is a true and correct copy of Japanese Pub. No. H04-160991 of Unexamined Pat. Appl. No. H02-288142 to Maekawa ("Maekawa").

11.     Attached as <u>Exhibit J</u> is a true and correct copy of a certified English translation of Maekawa.

12.     Attached as <u>Exhibit K</u> is a true and correct copy of the Decision Instituting *Inter Partes* Review in IPR2017-00117 entered on May 4, 2017.

13.     Attached as <u>Exhibit L</u> is a true and correct copy of the Final Written Decision in IPR2017-00117 entered on May 2, 2018.

14.     Attached as <u>Exhibit M</u> is a true and correct copy Kawasaki Rail Car, Inc.'s Petition for *Inter Partes* Review of U.S. Patent 6,700,602 Under 35 U.S.C. § 312 and 37 C.F.R. § 42.104 filed on March 6, 2017 (Case No. IPR2017-01036).

15.     Attached as <u>Exhibit N</u> is a true and correct copy the Decision Instituting *Inter Partes* Review in IPR2017-0136 entered on September 12, 2017.

16.     Attached as <u>Exhibit O</u> is a true and correct copy of the Final Written Decision in IPR2017-01036 entered on September 10, 2018.

17.     Attached as Exhibit P is a true and correct copy of the Brief for Appellant, *Blair v. Kawasaki Rail Car, Inc.*, Case No. 2018-2098 (Fed. Cir.) filed on October 1, 2018.

18.     Attached as Exhibit Q is a true and correct copy of the Brief for Appellee Kawasaki Rail Car, Inc., *Blair v. Kawasaki Rail Car, Inc.*, Case No. 2018-2098 (Fed. Cir.) filed on November 13, 2018.

19.     Attached as Exhibit R is a true and correct copy of Reply Brief for Appellant, *Blair v. Kawasaki Rail Car, Inc.*, Case No. 2018-2098 (Fed. Cir.) filed on November 27, 2018.

20.     Attached as Exhibit S is a true and correct copy of the judgment in *Blair v. Kawasaki Rail Car, Inc.*, Case No. 2018-2098 (Fed. Cir.) entered on August 8, 2019.

21.     Attached as Exhibit T is a true and correct copy of a portion of the United States Patent and Trademark Office prosecution history for U.S. Patent No. 6,700,602.

22.     Attached as Exhibit U is a true and correct copy of a judgment from the Federal Court of Canada dated September 10, 2014.

23.     Attached as Exhibit V is a true and correct copy of an email from Darius Keyhani to Sheila Mortazavi sent on October 28, 2019.

24.     Attached as Exhibit W is a true and correct copy of the transcript from the hearing in this case on June 5, 2017.

25.     Attached as Exhibit X is a true and correct copy of the Record of Oral Hearing in IPR2017-001117 held on January 26, 2018.

26.     Attached as Exhibit Y is a true and correct copy Japanese Pub. No. H07-181900 of Unexamined Pat. Appl. No. 5-344760 to Miyajima ("Miyajima").

27.     Attached as Exhibit Z is a true and correct copy of a certified English translation of Miyajima.

28.     Attached as <u>Exhibit AA</u> is a true and correct copy of Japan Train Operation Association Magazine, Vol. 37, issue no. 3 dated March 1, 1995 ("JTOA Magazine").

29.     Attached as <u>Exhibit BB</u> is a true and correct copy of a certified English translation of JTOA Magazine.

30.     Attached as <u>Exhibit CC</u> is a true and correct copy of the mandate issued in *Blair v. Kawasaki Rail Car, Inc.*, Case No. 2018-2098 (Fed. Cir.) entered on September 16, 2019.

31.     Attached as <u>Exhibit DD</u> is a true and correct copy of the cover letter for plaintiff's November 14, 2016 Infringement Contentions.

32.     Attached as <u>Exhibit EE</u> is a true and correct copy of a U.S.P.T.O. Office communication in control no. 90/001,861 dated September 29, 2011.

33.     Attached as <u>Exhibit FF</u> is a true and correct copy of the Statement in Support of Request for Reexamination of U.S. Patent No. 6,700,602 dated August 16, 2011.

34.     Attached as <u>Exhibit GG</u> is a true and correct copy of Patent Owner's Supplemental Response in IPR2017-01036 filed on June 8, 2018.

35.     Attached as <u>Exhibit HH</u> is a true and correct copy of Passenger Equipment Safety Standards, 61 Fed. Reg. 30672 (June 17, 1996).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December ____9____, 2019

Zaed M. Billah

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Sheila Mortazavi
Sheila Mortazavi