# Exhibit C

公開実用 平成 4−85379

⑲ 日本国特許庁（ＪＰ）　⑪実用新案出願公開

⑫ 公開実用新案公報（Ｕ）　平4−85379

㊱Int. Cl.⁵　　識別記号　　庁内整理番号　　㊸公開　平成4年(1992)7月24日
G 09 F　21/04　　　L　　　6447−5G
B 61 D　37/00　　　G　　　7140−3D
G 09 G　 5/00　　　A　　　8121−5G

審査請求　未請求　請求項の数 4　（全 頁）

�554考案の名称　　乗合車両

㉑実　願　平2−128348
㉒出　願　平2(1990)11月29日

㊷考 案 者　　並 河　　翠　　東京都品川区上大崎4丁目5番26−1−208号
㉛出 願 人　　株式会社サンデックス　東京都品川区小山台1丁目33番2号
㊹代 理 人　　弁理士　佐 伯　忠 生

明　細　書

1．考案の名称　　乗合車両

2．実用新案登録請求の範囲

（1）乗合バス、電車等の車内壁面に複数のテレビを配列し、放送媒体から取り込まれたコマーシャル又は放送番組を放映可能にしたことを特徴とする乗合車両。

（2）車内の座席上方の壁面に複数のテレビを進行方向に沿って配列したことを特徴とする請求項（1）に記載の乗合車両。

（3）車両毎にテレビの放映内容を異ならしめるようにしたことを特徴とする請求項（1）に記載の乗合車両。

（4）テレビがフラットなパネル形状で形成されていることを特徴とする請求項（1）又は（2）に記載の乗合車両。

3．考案の詳細な説明

　　　産業上の利用分野

　この考案は、例えば車内の座席上方に複数の液

- 1 -

1124

実開 4 - 85379

晶テレビを配列し、コマーシャル又は放送番組を放映可能にした乗合バス、電車などの乗合車両に関する。

### 従来の技術と解決すべき課題

従来より、JR、地下鉄等の電車の車内には多くの広告が表示されているが、これらの広告媒体は紙面に印刷又は写真等によって印刷したものであり、全く固定された形の静的な広告媒体である。同様に、市街地の路線を走行する乗合バスにも多くの広告が表示されているが、周知のように、これらはいずれも紙面による広告媒体の表示であって、全く固定された静的な形でしか広告を表示できなかった。また、従来の路線走行用の乗合バスや電車の車両には、テレビ放送を放映する設備は全くなく、そのため、中距離の路線を走る乗合バスや電車の場合、乗客に対するサービス性の面で改善すべき点があった。

この考案は以上の点に着目してなされたもので、その目的は、車内において放送媒体から取り込まれたコマーシャル、放送番組を放送可能とした乗

- 2 -

1125

合バス、電車などの乗合車両を提供することにある。

　　課題を解決する手段

　上記目的を達成するために、本考案は、乗合バス、電車等の車両内部の壁面に複数のテレビを配列し、放送媒体から取り込まれたコマーシャルまたは放送番組を放映可能とした。テレビは、車内の座席上方に複数配列される。このテレビは、本考案の1つの構成によると、フラットなパネル形状で形成される。

　上記構成において、車内毎にテレビの放送内容を異ならしめることも本願の特徴の1つである。

　　作　用

　放送媒体から取り込まれたコマーシャルを各テレビで放送すると、車内の乗客は従来の静止した広告ではなく、動く広告を車内で見ることができ、ストーリー変化のある動的な広告を車内表示できる。また、放送番組を各液晶テレビで放映すると、車内の乗客はテレビに映し出された放送番組を見

- 3 -

1126

ることができる。したがって、通勤途中又は通学途中等において、乗客はテレビに映し出された動く広告を見、又は放送番組を見てニュースを知り、あるいはドラマをレクレイションの1つとして見ることができ、よりリラックスした形で通勤・通学等の乗車ができる。また、動的な広告であり、ストーリー変化を持たせることができるので、従来の紙面による静的な広告に比べて宣伝広告の効果を更に高めることができる。

　なお、車両が電車である場合、テレビに放映する放送番組を車両毎に異ならしめておくと、車両毎に異なる内容の放送番組を見ることができる。また、乗合バスの場合、座席毎に液晶テレビを配列しておくと、放送内容がさらに見易くなる。

　さらに、テレビをフラットなパネル形状に形成しておくと、車内のスペースを損うことがない。

　　　実　施　例
　以下、この考案の実施例について図面を参照して説明する。

　第1図はこの考案をJR、地下鉄等の電車の車両に適用した一例を示すもので、車両10の内部の各座席11の上方の壁面に液晶テレビ12・・・が進行方向に沿って複数配列されている。液晶テレビには、従来の紙面による広告媒体の取付位置に組付けられている。液晶テレビ12は、本実施例の場合、フラットなパネル形状で形成されている。したがって、車内のスペースを損うことはない。それぞれの液晶テレビ12は、例えば、ケーブルテレビ等の放送媒体から取り込まれた放送内容、すなわち、各種コマーシャル、ドラマ、ニュースなどの番組を放映するようになっている。この場合、相対する一方の座席に座った乗客は他方の座席の上方の液晶テレビ12を見、また、他方の座席の乗客は相対する一方の座席の上方の液晶テレビ12を見ることになる。

　車内の所定位置に操作パネル13が配設されている。この操作パネル13の操作により、各液晶パネル12の放映のオンオフ、放映内容の切り換えが行える。なお、複数車両のいずれか1個所に

おいて車掌が各車両の放映のオンオフ、放映内容の切り換えを集中的に制御するように構成することも可能である。

　車内の各液晶テレビ12・・・に放映する場合、一方の座席側の液晶テレビ12・・・でコマーシャルを放映し、他方の座席側の液晶テレビ12・・・によってドラマ、ニュース等の番組を放映することもでき、また、車内の全ての液晶テレビ12・・・でコマーシャルを放映し、あるいは、ニュース、ドラマ等の番組を放映することもできる。コマーシャルを放映する場合、車内の全ての液晶テレビ12・・・で同一内容を放映することもでき、また、それぞれの液晶テレビ12毎に異なるコマーシャルを放映することもできる。

　上記構成によると、車内の乗客は、通勤、通学等の乗車途中において、座席に座りながら、若しくは吊りかわにつかまりながら、相対する液晶テレビ12に映し出された動くコマーシャル、その他のニュース、ドラマ等の番組を見て楽しみ、又は必要な情報を得ることができる。

　第2図は本考案の他の実施例を示すもので、本考案を市街地を走行する路線バスに適用した例を示している。

　路線バスの車両20内の各座席21の窓側上方の壁面に液晶テレビ22・・・が配列されている。各座席21の近くには操作パネル23が配列されている。この操作パネル23を各座席の乗客が操作することによってそれぞれの座席21の上方の液晶テレビ22をオンオフし、または、放映内容、すなわち、コマーシャル、あるいは、その他のニュース、ドラマ等の番組を切り換えられるようになっている。

　各座席21・・・の液晶テレビ22は、上記と同様に、ケーブルテレビ等の放送媒体から取り込まれた放送内容を放映する。放映内容がコマーシャルである場合は、ストーリー変化のある動く広告となり、また、ニュース番組の場合は、乗車途中で必要な情報を得ることができる。さらに、ドラマ、映画等の放映の場合は、乗車中のレクレイションとして液晶テレビを見ることができる。

－ 7 －

1130

公開実用平成 4-85379

　上記車両が中距離の通勤、通学路線を運行する路線バス、電車の場合、乗客は比較的長時間乗車しなければならない。そのような場合、車内の液晶テレビによってドラマや映画などの番組を放映すると、乗客は乗車中のレクレイションの1つとして放送番組を見てリラックスした状態で楽しむことができる。

　なお、上記実施例においては、広告、放送番組の放送媒体として液晶テレビ12を採用しているが、その他の形式のテレビを使用しても良く、また、その他のフラットパネル型のテレビを採用することも可能である。

　　　　考案の効果

　以上説明した通り、本考案によれば、下記の効果が得られる。

　①乗客が乗車中に、車内の液晶テレビから放映されるニュース、ドラマ、映画等の番組をレクレイションの1つとして見て楽しむことができ、リラックスした状態で乗車できる。そして、液晶テレビから放映される番組、コマーシャルは種々の

態様を採ることができ、バラエティーに富んだ放映形態を採ることができる。したがって、乗客に対するサービス性が向上する。

②ストーリー変化のある動く広告を車内に放映できるので、従来の紙面による静的な広告に比べて宣伝広告の効果を更に高めることができる。

③従来見られなかった広告媒体、レクレイション設備を備えたユニークな車両を提供することができる。

4．図面の簡単な説明

第1図は本考案の一実施例を示す斜視図、第2図は本考案の他の実施例を示す斜視図である。

  10、20・・・車両、
  11、21・・・座席、
  12・・・液晶テレビ、
  13、23・・・操作パネル。

実用新案登録出願人　株式会社サンデックス
代理人弁理士　佐　伯　忠　生



第 1 図

公開実用平成 4-85379
実開 4-85379
1133



第 2 図

公開実用平成 4—85379

1134
実開 4-85379