# Exhibit D

# Kokai Unexamined Utility Model Application 4-85379

(19) Japanese Patent Office (JP)
(12) **Kokai Unexamined Utility Model Application (U)**

| | | |
|---|---|---|
| (11) | Laid Open Patent Application No. | 4-85379 |
| (43) | Publication Date | July 24, 1992 |
| | Number of Claims | 4 |
| | Number of Pages | |
| | Examination Request | not yet made |

| (51) | Int. Cl.$^5$ | | Identification Code | Internal File No. |
|---|---|---|---|---|
| | G 09 F | 21/04 | L | 6447-5G |
| | B 61 D | 37/00 | G | 7140-3D |
| | G 09 G | 5/00 | A | 8121-5G |

| | | |
|---|---|---|
| (54) | **Title of the Device:** | Public transport vehicle |
| (21) | **Application No.:** | 2-128348 |
| (22) | **Application Date:** | November 29, 1990 |
| (72) | **Creator:** | NAMIKAWA, Midori |
| | | 4-5-26-1-208, Kamiosaki, |
| | | Shinagawa-ku, Tokyo-to |
| (71) | **Applicant:** | Sundex Inc. |
| | | 1-33-2 Koyamadai, Shinagawa-ku, |
| | | Tokyo-to |
| (74) | **Agent:** | Patent Attorney, SAEKI, Tadao |

Translation by Patent Translations Inc.   206-357-8508   mail@PatentTranslations.com

JP-04-085379-U    (2)

## Specification

1. Title of the Device        Public transport vehicle

2. Utility Model Claims

(1) A public transport vehicle characterized in that commercials or broadcast programming taken from broadcasting media can be broadcast by disposing a plurality of televisions on a wall face inside a car of a transit bus, electric train, or the like.

(2) The public transport vehicle described in claim (1) characterized in that the plurality of televisions on the wall face above seats in a car are arranged along the direction of travel.

(3) The public transport vehicle described in claim (1) characterized in that broadcast content for the televisions in each car is made to be different.

(4) The public transport vehicle described in claim (1) or (2) characterized in that the televisions are formed into a flat panel shape.

3. Detailed Description of the Device

### Field of Industrial Application

The present device relates to a public transport

JP-04-085379-U   (3)

vehicle such as a transit bus or electric train wherein commercials or programming can be broadcast by disposing a plurality of liquid crystal televisions above seats in the car, for example.

### Prior Art and Problems to Be Solved

Conventionally, many advertisements are displayed in the cars of electric trains such as those of JR and subways; however, the medium for these advertisements is printed material resulting from printing or photographing or the like, on paper, and the advertising medium is a static form that is completely fixed. Likewise, many advertisements are displayed in transit buses traveling on city routes but, as is well known, these are all advertising media displayed on paper and can only display advertisements in a static form that is completely fixed. Moreover, conventional transit buses that travel routes or electric train cars do not have any equipment to broadcast television broadcasts, and thus there are matters that should be improved in terms of the service given to passengers of transit buses or electric trains traveling intermediate distance routes.

The present device focuses on the aforementioned matters, and an object thereof is to provide a public transport vehicle such as

JP-04-085379-U    (4)

a transit bus or electric train that can broadcast, in the car, commercials and broadcast programming that are taken from broadcasting media.

### Means for Solving the Problems

In order to achieve the object described above, the present device allows broadcasting of commercials or broadcast programming taken from broadcasting media by disposing a plurality of televisions on a wall face inside a car of a transit bus, electric train or the like. The plurality of televisions are disposed above the seats in the car. These televisions are formed into a flat panel shape according to one configuration of the present device.

In the aforementioned configuration, one characteristic of the present application is that the broadcast content for the televisions in each car can be different.

### Operation

When commercials that are taken from broadcasting media are broadcast to televisions, passengers in a car can see dynamic advertisements in the car rather than conventional static advertisements and dynamic advertisements that have story variations can be displayed in the car. Moreover, when broadcast programming is broadcast on a liquid crystal television, the passengers in the car can view the broadcast programming being shown on the television. Therefore, while commuting to work, school, or the like,

JP-04-085379-U    (5)

passengers can watch dynamic advertisements shown on the televisions or learn about the news by watching broadcast programming or watch dramas as one type of recreation, and the passengers can commute to work, school, or the like in a more relaxed manner. Moreover, because the advertisements are dynamic and these can have story variations, the effectiveness of advertising can be further improved over static advertisement on conventional paper.

Note that when the vehicle is an electric train, broadcast programming with different content can be viewed in each car by making the broadcast programming broadcast on the television different for each car. Moreover, for transit buses, the broadcast content can be made easier to view by disposing a liquid crystal television for each seat.

Furthermore, space in the car is not lost when the television is formed into a flat panel shape.

**Embodiment**

Hereafter, an embodiment of the present device is described with reference to the drawings.

JP-04-085379-U    (6)

FIG. 1 shows one example of applying the present device to a car in an electric train of JR, a subway, or the like, and a plurality of liquid crystal televisions 12 are disposed along the direction of travel on a wall face above each seat 11 inside a car 10. The liquid crystal television is assembled in a mounting position for an advertising media using conventional paper. The liquid crystal television 12 is formed into a flat panel shape for this embodiment. Therefore, no space inside the car is lost. Each liquid crystal television 12 broadcasts content taken from broadcasting media, such as cable television for example, in other words, programming such as various types of commercials, dramas, and news. In this case, a passenger sitting in one facing seat can watch the liquid crystal television 12 above another seat and a passenger in the other seat can watch the liquid crystal television 12 above the seat of the one facing seat.

An operation panel 13 is disposed in a prescribed location in the car. The operation panel 13 turns the broadcast to the liquid crystal panels 12 on and off and switches the broadcast content. Note that a configuration is possible in which a

JP-04-085379-U    (7)

conductor centrally controls turning the broadcast on and off and switching the broadcast content in each car from one location in one of the plurality of cars.

When broadcasting to the liquid crystal televisions 12 in the car, commercials can be broadcast on the liquid crystal televisions 12 on one seat side and a drama, news, or other programming can be broadcast by the liquid crystal televisions 12 on another seat side, and all liquid crystal televisions 12 in the car can broadcast commercials or programming such as news or dramas. When broadcasting commercials, the same content can be broadcast by all liquid crystal televisions 12 in the car, and a different commercial can also be broadcast on each liquid crystal television 12.

According to the above configuration, passengers in the car can enjoy dynamic commercials and other programming such as news and dramas shown on the liquid crystal television 12 that they are facing, or can obtain necessary information therefrom while sitting in a seat or holding onto a strap while riding during the commute to work, school, or the like.

FIG. 2 shows another embodiment of the present device and shows applying the present device to a transit bus traveling in a city.

A liquid crystal televisions 22 are disposed on a wall face above the window side of seats 21 in a car 20 of a transit bus. An operation panel 23 is disposed near each seat 21. The liquid crystal television 22 above each seat 21 can be turned on and off, or the broadcast content, that is commercials or other programming such as news or dramas, can be switched by way of passengers in the seats operating the operation panel 23.

The liquid crystal televisions 22 for each of the seats 21 broadcast the broadcast content taken from broadcasting media such as cable television, as described above. When the broadcast content is a commercial, the advertisement is dynamic with story variations, and when this is a news program, necessary information can be obtained during the ride. Furthermore, in the case of broadcasts such as dramas and movies, the liquid crystal television can be watched as recreation during the ride.

JP-04-085379-U    (9)

When the vehicle is a transit bus or electric train that travels intermediate distances for work and school commuting routes, the passengers must ride for a comparatively long time. In such cases, when programming such as a drama or a movie is broadcast by the liquid crystal television in the car, the passengers can enjoy themselves in a relaxed state by watching the broadcast programming as a form of recreation during the ride.

Note that in the above embodiment, the liquid crystal television 12 is used as a broadcasting medium for broadcast programming and advertisements, but other formats of television may be used, and other flat panel model televisions may also be used.

### Effect of the Device

As described above, the following effects are provided by way of the present device.

(1) While riding, passengers can watch and enjoy, as a form of recreation, programming such as news, dramas, or movies that are broadcast from a liquid crystal television in the car and can ride in a relaxed state. In addition, commercials and programming broadcast from the liquid crystal televisions can take on various

JP-04-085379-U    (10)

aspects and a broadcast format that is rich in variety can be adopted. Therefore, the service given to the passengers can be improved.

(2) Because dynamic advertisements with story variations can be broadcast in the car, the effectiveness of advertising can be further improved over static advertisement that is on conventional paper.

(3) A unique vehicle that provides advertising media not conventionally seen and recreation equipment can be provided.

4. Brief Description of the Drawings

FIG. 1 is a perspective view showing one embodiment of the present device, and FIG. 2 is a perspective view showing another embodiment of the present device.

| | |
|---|---|
| 10, 20 | vehicle |
| 11, 21 | seat |
| 12 | liquid crystal television |
| 13, 23 | operation panel |

Utility Model Applicant: Sundex Inc.
Agent: Patent Attorney, SAEKI, Tadao

JP-04-085379-U (11)

FIG. 1



JP-04-085379-U   (12)

FIG. 2





**Patent Translations Inc.**

1700 Seventh Avenue, Suite 2100  mail@PatentTranslations.com
Seattle, WA 98101, USA  http://www.PatentTranslations.com
Fax: 206-299-3692  Tel: 206-357-8508

## Certification of Translation

Translator's Declaration: June 20, 2016

I, Carl McBee, hereby declare:

That I possess advanced knowledge of the Japanese and English languages. My qualifications are as follows:
- More than eighteen years as a Japanese technical translator
- Master of Science in Engineering (Technical Japanese Program) from University of Washington
- Formerly the Senior Bilingual Technical Writer at Nintendo of America
- US Department of Defense certification of General Professional Proficiency in Japanese

The attached translation is, to the best of my knowledge and belief, a true and accurate translation from Japanese to English of Japanese Unexamined Utility Model Application Number JP-04-85379-U. I understand that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. 1001), and may jeopardize the validity of the application or any patent issuing thereon. I declare under penalty of perjury that all statements made herein of my own knowledge are true, and all statements made on information and belief are believed to be true.

Carl McBee