# Exhibit I

## Total Fees and Disbursements

| Matter No. | Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 256018 | District Court Action | $447,924.18 | $9,127.28 | $457,051.46 |
| 256019 | First IPR | $555,469.56 | $54,592.77 | $610,062.33 |
| 264805 | Second IPR | $555,025.72 | $57,390.16 | $612,415.88 |
| **Total** | | **$1,558,419.46** | **$121,110.21** | **$1,679,529.67** |