UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BLAIR,<br><br>        Plaintiff,<br><br>v.<br><br>ALSTOM TRANSPORTATION, INC. AND KAWASAKI RAIL CAR, INC.,<br><br>        Defendants. | Civil Action No. 1:16-cv-03391-PAE |

## ORDER OF DISMISSAL

THIS CASE coming before the Court on the Plaintiff, Scott Blair's ("Blair's") and Defendant, Alstom Transportation, Inc.'s ("Alstom's) Joint Stipulation of Dismissal with Prejudice, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

All claims and causes of action asserted herein and/or which could have been asserted herein, including with respect to Alstom's R160A railcars, against Alstom as well as its parents, subsidiaries, divisions, employees, officers, directors, agents, attorneys, representatives, partners, contractors, customers, predecessors, successors, and assigns are hereby dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. For the sake of clarity, this dismissal shall not apply to nor affect Blair's claims against Kawasaki Rail Car, Inc. ("Kawasaki") nor against Kawasaki's parents, subsidiaries, divisions, employees, officers, directors, agents, attorneys, representatives, partners, contractors, customers, predecessors, successors, and assigns with respect to the accused Kawasaki products.

**IT IS SO ORDERED.**

Dated: 12/10/2019

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Judge