UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BLAIR,<br><br>　　　　　　　　　*Plaintiff*,<br>　　v.<br><br>ALSTOM TRANSPORTATION, INC. and<br>KAWASAKI RAIL CAR, INC.,<br><br>　　　　　　　　　*Defendants*. | C.A. No. 1:16-cv-03391-PAE-JLC |

**SUPPLEMENTAL DECLARATION OF ZAED M. BILLAH**

I, Zaed M. Billah, declare as follows:

1. I am counsel for Defendant Kawasaki Rail Car, Inc. in this case. I submit this supplemental declaration in support of Defendant Kawasaki Rail Car, Inc.'s Motion for Judgment on the Pleadings, a Finding of Exceptional Case, and Attorneys' Fees and Costs Pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d).

2. Attached as Exhibit II is a true and correct copy of a Complaint for Patent Infringement in *B.E. Tech, L.L.C. v. Facebook, Inc.*, Case No. 2-12-cv-02769 (W.D. Tenn.) dated September 7, 2012.

3. Attached as Exhibit JJ is a true and correct copy of a letter from Laura Alemzadeh to Michael Stadnick dated December 20, 2010, produced by plaintiff as Blair-45.

4. Attached as Exhibit KK is a true and correct copy of an email from Ameet Modi to Scott Blair and Michael Stadnick dated March 9, 2011, produced by plaintiff as Blair-50-Blair-52.

5. Attached as Exhibit LL is a true and correct copy of an email from Ameet Modi to Scott Blair dated April 28, 2011, produced by plaintiff as Blair-53-Blair-58.

6. Attached as <u>Exhibit MM</u> is a true and correct copy of a letter from Sheila Mortazavi to Ameet Modi dated July 31, 2015, produced by plaintiff as Blair-62-Blair-63.

7. Attached as <u>Exhibit NN</u> is a true and correct copy of a letter from Sheila Mortazavi to Ameet Modi dated October 5, 2015, produced by plaintiff as Blair-68-Blair-69.

8. Attached as <u>Exhibit OO</u> is a true and correct copy of a letter from Sheila Mortazavi to Joseph Gioconda dated December 1, 2015, produced by plaintiff as Blair-86.

9. Attached as <u>Exhibit PP</u> is a true and correct copy of a letter from Joseph Gioconda to Sheila Mortazavi dated November 13, 2015, produced by plaintiff as Blair-16-Blair-30.

10. Attached as <u>Exhibit QQ</u> is a true and correct copy of an email from me to Darius Keyhani and others dated December 11, 2019.

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2020

_____
Zaed M. Billah

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 17, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                   */s/ Sheila Mortazavi*