**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SCOTT BLAIR,

                Plaintiff,                              16 **CIVIL** 3391 (PAE)

       -against-                                **JUDGMENT**

ALSTOM TRANSPORTATION, INC., and
KAWASAKI RAIL CAR, Inc.,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated August 5, 2020, the Court dismisses the AC; the Court denies Kawasaki's request for attorneys' fees and non-taxable costs, but awards Kawasaki taxable costs, to be tabulated by the Clerk of Court; accordingly, this case is closed.

**Dated:**  New York, New York
         August 6, 2020

                                                            RUBY J. KRAJICK
                                                            _____
                                                             Clerk of Court
                                       **BY:**  _____
                                                             Deputy Clerk