AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Scott Blair | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-03391-PAE-JLC |
| Alstom Transportation, Inc. and Kawasaki Rail | ) | |
| Car, Inc. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/06/2020___ against ___Scott Blair___,
the Clerk is requested to tax the following as costs:      Date

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>*See docPts and obJections*<br>Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | *116.40* ~~2,470.25~~ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are<br>necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,155.31 ✓ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>*Done on submission, objection filed* | _____ |
| | TOTAL    $ ~~15,625.56~~<br>*13,271.71* |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    [✓] Electronic service       [ ] First class mail, postage prepaid

    [ ] Other: _____

      s/ Attorney:    _s/ Armin Ghiam_____

         Name of Attorney: _Armin Ghiam_____

For:    ___Kawasaki Rail Car, Inc._____     Date: ___09/09/2020___
           *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of   *$13,271.71*             and included in the judgment.

_Ruby J. Krajick_____   By: _____   _10/5/2020_
   *Clerk of Court*                    *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(I)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT BLAIR,

*Plaintiff*,

v.

ALSTOM TRANSPORTATION, INC. and
KAWASAKI RAIL CAR, INC.,

*Defendants*.

C.A. No. 1:16-cv-03391-PAE-JLC

## DECLARATION OF SHEILA MORTAZAVI IN SUPPORT OF KAWASAKI RAIL CAR, INC.'S APPLICATION FOR COSTS AGAINST PLAINTIFF

I, Sheila Mortazavi, declare as follows:

1.     I am a partner with the law firm Hunton Andrews Kurth LLP, and lead counsel of record for Kawasaki Rail Car, Inc. ("Kawasaki") in this action, as well as in two related *inter partes* review ("IPR") proceedings (IPR2017-00117 and IPR2017-01036) before the U.S. Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB"), and the appeal of IPR2017-00117 before the U.S. Court of Appeals for the Federal Circuit (No. 18-2098).  I am fully familiar with the facts and circumstances of this action.

2.     I submit this declaration in support of Kawasaki Rail Car, Inc.'s Bill of Costs, which requests that the Clerk tax $15,625.56 in costs against plaintiff, Scott Blair, pursuant to Fed. R. Civ. P. Rule 54, Local Rule 54.1, 28 U.S.C. § 1920, and the Court's Opinion and Order dated August 5, 2020 (D.I. 127 at 18), which directed Kawasaki "to present its bill of costs to the Clerk within 30 days of the entry of final judgment by this Court, or, if Blair appeals, within 30 days of the final disposition of Blair's appeal."

3.     The Court entered final judgment on August 6, 2020. (D.I. 128).

4.     Kawasaki seeks a total of $15,625.56 in taxable costs, as indicated on the Bill of Costs and further itemized below.  I declare that these costs are correct and were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

5.     Plaintiff filed this action on May 5, 2016, asserting a cause of action for alleged patent infringement.  (D.I. 1).  Kawasaki challenged the validity of the asserted patent claims in IPR2017-00117 and IPR2017-01036, and moved the Court to stay this case pending the outcome of those IPR proceedings.  The Court held oral argument on the stay motion on June 5, 2017.  At the conclusion of the hearing, Judge Engelmayer orally ruled on the stay motion and granted the stay, indicated that a written order would not follow, and invited the parties to purchase the transcript. A copy of the salient portions from the June 5, 2017 hearing is attached as Exhibit A. Kawasaki ordered the June 5, 2017 hearing transcript in accordance with Judge Engelmayer's directive (*see* Ex. A at 53:3-8).  Kawasaki is entitled to this cost in the amount of **$116.40** as the prevailing party.  A true copy of the invoice from the court stenographer, Southern District Reporters PC, is attached as Exhibit B.

6.     While this case was stayed, the U.S. Patent Office held that all of the asserted patent claims challenged in IPR2017-00117 and IPR2017-01036 were unpatentable. The Final Written Decisions from IPR2017-00117 and IPR2017-01036 are attached as Exhibits C-D, respectively. Plaintiff appealed the decision in IPR2017-00117, but the U.S. Court of Appeal for the Federal Circuit summarily affirmed.  Plaintiff did not appeal the decision in IPR2017-01036.

7.     On December 9, 2019, Kawasaki filed a Motion for Judgment on the Pleadings, a Finding of Exceptional Case, and Attorneys' Fees and Costs Pursuant to 35 U.S.C. § 285 and

Fed. R. Civ. P. 54(d), as well as a supporting memorandum and declarations.  (D.I. 106-111).

Kawasaki's motion, *inter alia*, sought to dismiss this case based on the Final Written Decisions

in IPR2017-00117 and IPR2017-01036 finding the asserted patent claims unpatentable as

obvious.  The Court granted Kawasaki's motion for judgment on the pleadings and dismissed the

case on August 5, 2020, and found that Kawasaki is entitled to taxable costs as the prevailing

party.  (D.I. 127 at 1).  The Final Written Decisions that were attached as exhibits L and O to the

Declaration of Zaed Billah in support of Kawasaki's motion for judgment on the pleadings (D.I.

108)[1], and which were cited by the Court in its Opinion and Order as the basis for dismissal of

this case (*see* D.I. 127 at 8), specifically cite the following deposition transcripts that were

necessarily obtained for use in this case pursuant to 28 U.S.C. § 1920(2):

    a.    Lowell Malo – Mr. Malo provided an expert declaration in IPR2017-00117. He

was deposed on November 28, 2017. In its Final Written Decision, the PTAB

considered the issue of whether there was a reasonable expectation of success in

combining prior art references. (Ex. C at 28-29). Regarding this issue, the PTAB

expressly relied on Mr. Malo's deposition testimony in finding the challenged

claims unpatentable as obvious. (*Id.*).  Kawasaki is therefore entitled to this cost

in the amount of **$786.45**. A true copy of the invoice from the court stenographer,

Veritext Legal Solutions, is attached as Exhibit E.

    b.    Joseph P. Zicherman - Mr. Zicherman provided expert declarations on behalf of

Mr. Blair in IPR2017-01036. He was deposed on February 28, 2018 and again on

April 13, 2018. The transcripts for these two depositions were cited by the PTAB

---

[1] For convenience, the PTAB Final Written Decisions that were attached as exhibits L and O to
the Declaration of Zaed Billah in support of Kawasaki's motion are also attached to this
Declaration as Exhibits C-D.

in its Final Written Decision as Exhibits 1035 and 1038. (Ex. D at 19, 22-23, 25-28, 44, 55). As indicated therein, the PTAB relied on Mr. Zicherman's testimony in considering various issues pertaining to whether the challenged claims were unpatentable as obvious. (*Id.*). Kawasaki is entitled to the cost of these transcripts, in the amount of **$1138.80** for the February 28, 2018 deposition and **$428.60** for the April 13, 2018 deposition. True copies of the invoices from the court stenographer, Veritext Legal Solutions, are attached as Exhibits F-G.

8.      Kawasaki is also entitled to $13,155.31 as "costs of making copies of any materials where the copies are necessarily obtained for use in the case" pursuant to 28 U.S.C. § 1920(4). Attached as Exhibits H-I are two invoices in Japanese (along with their certified English translations) that were billed directly to Kawasaki's corporate parent, Kawasaki Heavy Industries, Ltd., by FRONTEO, Inc. ("FRONTEO"). FRONTEO is a vendor that provides discovery services, including document copying and scanning, production, e-discovery, and other related services. Kawasaki seeks a portion of the invoiced amounts (for items designated as "documents scanning" and "production") which relate to costs incurred for the production of documents that the Court ordered the parties to complete when the Court granted the stay motion. (Ex. A at 57:10-11). These scanning and production costs were incurred in response to Blair's document requests (attached as Exhibits J-K), which specifically requested an electronic production. The scanned documents were produced to plaintiff as KAWASAKI_003384 through KAWASAKI_041478. The amounts invoiced by FRONTEO were converted from Japanese yen to U.S. dollars using the applicable exchange rate for each of the invoiced dates, attached as Exhibit L. The total amount sought for this category for is **$13,155.31**, which includes:

Case 1:16-cv-03391-PAE   Document 134   Filed 10/05/20   Page 7 of 68

a. **$1616.73** for electronic production costs (the equivalent of 176,547 ¥ indicated on the August 10, 2017 invoice using a 109.2 ¥/$ exchange rate); and

b. **$11,538.58** for document scanning costs.  The total scanning costs were $31,073.76, including 1,366,120 ¥ ($12,510.26 using a 109.2 ¥/$ exchange rate) on the July 6, 2017 invoice and 2,101,759 ¥ ($18,563.50 using a 113.22 ¥/$ exchange rate) on the August 10, 2017 invoice. Because not all of the pages that were scanned by FRONTEO were produced, Kawasaki has prorated the scanning costs, and seeks only the amount associated with documents actually produced: of the 102,591 pages scanned, 38,095 pages (or approximately 37.13%) were produced.

9.      It is respectfully requested that the Clerk issue an Order granting Kawasaki's requested costs in the amount of $15,625.56.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 8, 2020

Sheila Mortazavi

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Armin Ghiam*

# Exhibit B

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO.: | 0484741-IN |
| INVOICE DATE: | 06/23/17 |
| CUSTOMER NO.: | 1026115 |
| WORK ORDER NO.: | 180062 |
| SALESPERSON: | CSIW |

Andrews & Kurth LLP
1801 Page Mill Rd
Suite 210
Alto, CA  94304
Attention:Liberty Quan

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SCOTT BLAIR V ALSTOM, ET AL. | | | |
|---|---|---|---|---|
| | CASE NO.   **16CV03391** | | | |
| 6/5/2017 | Original | 60.00   Pages at | $1.94 | 116.40 |



CK. NO. _AMEX_
DATE _6/23/17_

| | |
|---|---|
| Net Invoice: | 116.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 116.40 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 116.40 |
| Invoice Balance: | 0.00 |

# Exhibit E

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

*Ok t pay*
*Zaed Billah, 12/19/17*
*Zaed Billah*

| | |
|---|---|
| **Bill To:** | Zaed M. Billah, Esq. |
| | Andrews Kurth, LLP |
| | 1 Broadway |
| | New York, NY, 10004 |

| | |
|---|---|
| **Invoice #:** | NY3175500 |
| **Invoice Date:** | 12/6/2017 |
| **Balance Due:** | $2,269.75 |

| | |
|---|---|
| **Case:** | Kawasaki Rail Car, Inc. v. Scott Blair |
| **Job #:** | 2761960 | Job Date: 11/28/2017 | Delivery: Normal |
| **Billing Atty:** | Zaed M. Billah, Esq. |
| **Location:** | Andrews Kurth LLP |
| | One Broadway | Battery Park - 10th Floor | New York, NY 10004 |
| **Sched Atty:** | Darius Keyhani, Esq. | Meredith & Keyhani, PLLC |

*Total t Bill 256019 - $1,515.95*

*Total t Bill 264805 $ 753.80*

| Witness | Description | Amount |
|---|---|---|
| Lowell Malo , (00117)  *256019* | Transcript Services | $786.45 |
| | Exhibit Management  *265019* | $141.00 |
| | Realtime Services | $344.25 |
| | Rough Draft | $229.50 |
| Lowell Malo , (01036)  *264805* | Transcript Services | $363.30 |
| | Exhibit Management  *264805* | $143.25 |
| | Realtime Services | $139.50 |
| | Rough Draft | $93.00 |
| | Delivery and Handling  *Split 50-50 265019* | $29.50 |

**Notes:**  *+ 264805*

| | |
|---|---|
| **Invoice Total:** | $2,269.75 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,269.75 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*Not allowed $. 0 Agree w/ objections*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3175500 |
| **Job #:** | 2761960 |
| **Invoice Date:** | 12/6/2017 |
| **Balance:** | $2,269.75 |

52240

# Exhibit F

**Veritext Corp**
**New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Armin Ghiam Esq.<br>Andrews Kurth, LLP<br>1 Broadway<br>New York, NY, 10004 | **Invoice #:** NY3272781<br>**Invoice Date:** 3/13/2018<br>**Balance Due:** $2,430.37 |

| | |
|---|---|
| **Case:** | Kawasaki Rail Car, Inc. v. Scott Blair |
| **Job #:** | 2826365 | Job Date: 2/28/2018 | Delivery: Normal |
| **Billing Atty:** | Armin Ghiam Esq. |
| **Location:** | Meredith & Keyhani |
| | 205 Main Street | East Aurora, NY 14052 |
| **Sched Atty:** | | Andrews Kurth, LLP |

| Witness | Description | | Amount |
|---|---|---|---|
| | Transcript Services | | $1,138.80 |
| | Professional Attendance | | $170.00 |
| | Exhibit Management | | $270.35 |
| Joseph B. Zicherman | Realtime Services | | $441.00 |
| | Rough Draft | | $294.00 |
| | Expenses | | $64.20 |
| | Delivery and Handling | | $52.02 |
| **Notes:** Mileage Billed at Cost | | **Invoice Total** | $2,430.37 |
| | | **Payment** | $0.00 |
| | | **Credit** | $0.00 |
| | | **Interest** | $0.00 |
| | | **Balance Due** | $2,430.37 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*NOT ALLOWABLE $0 AGREE WITH OBJECTIONS*

---

To pay online, go to
**www.veritext.com**

52240    Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | NY3272781 |
| **Job #:** | 2826365 |
| **Invoice Date:** | 3/13/2018 |
| **Balance:** | $2,430.37 |

# Exhibit G

*Matter: 264805*

## Veritext Corp
## New York Region



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Invoice #:** | NY3318560 |
| **Invoice Date:** | 4/23/2018 |
| **Balance Due:** | $1,291.12 |

**Bill To:** Zaed M. Billah Esq.
Andrews Kurth, LLP
1 Broadway
New York, NY, 10004

| | |
|---|---|
| **Case:** | Kawasaki Rail Car, Inc. v. Scott Blair |
| **Job #:** | 2876230 | Job Date: 4/13/2018 | Delivery: Expedited |
| **Billing Atty:** | Zaed M. Billah Esq. |
| **Location:** | Meredith & Keyhani |
| | 205 Main Street | East Aurora, NY 14052 |
| **Sched Atty:** | Zaed M. Billah Esq. | Andrews Kurth, LLP |

*$12*
*Please press*
*your Zaed*
*BAD Client + Matter*
*# 264805*
*box 694 — andrews*

| Witness | Description | Amount |
|---|---|---|
| Joseph B. Zicherman | Transcript Services | $428.60 |
| | Transcript - Expedited Fee | $262.88 |
| | Professional Attendance | $85.00 |
| | Exhibit Management | $165.75 |
| | Realtime Services | $139.50 |
| | Rough Draft | $93.00 |
| | Expenses | $64.20 |
| | Delivery and Handling | $52.19 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,291.12 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,291.12 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*NOT Allowable*
*$ 0*
*AGREE WITH*
*OBJECTIONS*

**To pay online, go to**
**www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3318560 |
| **Job #:** | 2876230 |
| **Invoice Date:** | 4/23/2018 |
| **Balance:** | $1,291.12 |

52240

# Exhibit H

# 請求書

| 発行日 | 2017/07/06 |
|---|---|
| 請求書番号 | 005-010-2017-0504 |

※株式会社UBICは、7月1日付で
『株式会社FRONTEO』に社名を変更いたしました。

川崎重工業株式会社　　　　　　　　御中

下記の通り、ご請求申し上げます。

FRONTEO

株式会社FRONTEO
（旧社名：株式会社UBIC）

〒108-0075
東京都港区港南２−１２−２３
明産高浜ビル7 F
TEL: 03-5463-7577　FAX: 03-5463-7578
発行者：　増井　怜美

単位:円

| 合計 | 5,099,023 |
|---|---|

＊ 振込手数料はお客様のご負担でお願い致します。

| 御支払期日 | 2017/08/31 |
|---|---|
| 振込口座 | 三菱東京UFJ銀行　品川駅前支店　普通2034628 |
| 口座名 | 株式会社FRONTEO　フリガナ　カ)フロンテオ |

| 件名 | 2017年6月度 |
|---|---|
| case# | S1704014 |
| 御見積書番号 | 005-009-2017-0431 |

| 作業完了日 | 内容 | 価格 | 摘要 |
|---|---|---|---|
| | コンサルティング | | |
| | データ保全 | | |
| | データプロセス | | |
| 2017/06/30 | データホスティング | 1,569,050 | |
| | プロダクション | | |
| | 翻訳 | | |
| 2017/06/30 | ドキュメントスキャン | 1,366,120 | |
| 2017/06/30 | ドキュメントレビュー | 1,571,500 | |
| 2017/06/29 | その他 | 97,500 | |
| | 小計 | 4,604,170 | |
| | 消費税 | 368,333 | |

| 発生日 | 経費項目 | 金額 | 摘要 |
|---|---|---|---|
| 2017/06/16 | 運送費 | 93,068 | 紙資料ダンボール24箱 |
| 2017/06/22 | 運送費 | 33,452 | 紙資料ダンボール8箱 |
| | | | |
| | | | |
| | 小計 | 126,520 | |

| 備考 |
|---|
| |
| |

# Invoice

| Date of Issue | July 06, 2017 |
|---|---|
| Invoice number | 005-010-2017-0504 |

* On July 1, UBIC KK changed its company name to "FRONTEO KK"

To: Kawasaki Heavy Industries, Ltd.

*[Signatory Seal]*
FRONTEO KK
(Former company name: UBIC KK)

Your invoice is as follows.

ZIP: 108-0075
Meisan Takahama Building 7F
2-12-23 Konan, Minato-ku, Tokyo-to

| | | Unit: Yen |
|---|---|---|
| **Total** | | **5,099,023** |

* Bank transfer fees are to be covered by the client.

TEL: 03-5463-7577   FAX: 03-5463-7578
Issuer: Tomomi Masui

| Payment due date | August 31, 2017 |
|---|---|
| Bank account | MUFG Bank, LTD., Shinagawa-Ekimae Brunch, Saving account:2034628 |
| Account name | FRONTEO Inc.    Katakana notation: ka) furonteo |

| Subject | June 2017 |
|---|---|
| Case # | S1704014 |
| Quote number | 005-009-2017-0431 |

| Work completion date | Particulars | Price | Remarks |
|---|---|---|---|
| | Consulting | | |
| | Data safety | | |
| | Data processing | | |
| June 30, 2017 | Data hosting | 1,569,050 | |
| | Production | | |
| | Translation | | |
| June 30, 2017 | Document scanning | 1,366,120 | $12,510.26 - See Mortazavi Decl. para. 8(b) |
| June 30, 2017 | Document review | 1,571,500 | |
| June 29, 2017 | Other | 97,500 | |
| | Subtotal | 4,604,170 | |
| | Consumption tax | 368,333 | |

| Effective date | Expense item | Amount | Remarks |
|---|---|---|---|
| June 16, 2017 | Freight | 93,068 | Paper material, 24 cardboard boxes |
| June 22, 2017 | Freight | 33,452 | Paper material, 8 cardboard boxes |
| | | | |
| | | | |
| | | | |
| | Subtotal | 126,520 | |

| Notes |
|---|
| |



# Patent Translations Inc.

1001 Fourth Ave., Suite 3200   mail@PatentTranslations.com
Seattle, WA 98154, U.S.A.   www.PatentTranslations.com
Fax: 206-382-9648   Phone: 206-684-9312

# VERIFICATION AND CERTIFICATION OF TRANSLATION

Document translated:   Invoice (June 2017_S1704014) Kawasaki Heavy
Industries, Ltd.

This is to certify that the document mentioned above was translated into
English by Patent Translations Inc., and represents an accurate and faithful
rendition of the original text to the best of my knowledge and belief.

Martin Cross
President, Patent Translations Inc.
12/6/2019

# Exhibit I

# 請求書

| 発行日 | 2017/08/10 |
|---|---|
| 請求書番号 | 005-010-2017-0737 |

川崎重工業株式会社                    御中

下記の通り、ご請求申し上げます。

※株式会社UBICは、7月1日付で
「株式会社FRONTEO」に社名を変更いたしました。

FRONTEO

株式会社FRONTEO
（旧社名：株式会社UBIC）

単位:円

| 合計 | **10,503,564** |
|---|---|

＊ 振込手数料はお客様のご負担でお願い致します。

〒108-0075
東京都港区港南２－１２－２３
明産高浜ビル７Ｆ
TEL: 03-5463-7577   FAX: 03-5463-7578
発行者：増井 怜美

| 御支払期日 | 2017/09/30 |
|---|---|
| 振込口座 | 三菱東京UFJ銀行　品川駅前支店　普通2034628 |
| 口座名 | 株式会社FRONTEO　フリガナ　カ)フロンテオ |

| 件名 | 2017年7月度 |
|---|---|
| case# | S1704014 |
| 御見積書番号 | 005-009-2017-0538 |

| 作業完了日 | 内容 | 価格 | 摘要 |
|---|---|---|---|
| | コンサルティング | | |
| 2017/07/21 | データ保全 | 168,500 | |
| | データプロセス | | |
| 2017/07/31 | データホスティング | 1,663,600 | |
| 2017/07/29 | プロダクション | 176,547 | |
| | 翻訳 | | |
| 2017/07/26 | ドキュメントスキャン | 2,101,759 | |
| 2017/07/19 | ドキュメントレビュー | 4,830,000 | |
| 2017/07/30 | その他 | 615,000 | |
| | 小計 | 9,555,406 | |
| | 消費税 | 764,432 | |

| 発生日 | 経費項目 | 金額 | 摘要 |
|---|---|---|---|
| | 実費経費 | 183,726 | ※別紙参照 |
| | | | |
| | | | |
| | | | |
| | 小計 | 183,726 | |

| 備考 |
|---|
| |

※別紙

## 経費内訳　Case＃S1704014

| 日付 | 手段 | 金額 | 備考 |
|---|---|---|---|
| 2017年7月10日 | 運送費 | ¥126,520 | バインダー |
| 2017年7月20日 | タクシー | ¥410 | FRONTEO⇒品川 |
| 2017年7月20日 | 電車 | ¥14,990 | 品川⇒兵庫 |
| 2017年7月20日 | 宿泊費 | ¥4,400 | 神戸ルミナスホテル |
| 2017年7月21日 | タクシー | ¥760 | お客様先⇒兵庫 |
| 2017年7月21日 | 電車 | ¥15,190 | 兵庫⇒品川 |
| 2017年7月21日 | タクシー | ¥410 | 品川⇒FRONTEO |
| 2017年7月20日、21日 | 日当 | ¥5,600 | 2日分 |
| 2017年7月25日 | 運送費 | ¥3,183 | Fedex |
| 2017年7月26日 | 運送費 | ¥12,263 | Fedex |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total | ¥183,726 | |

# Invoice

| Date of Issue | August 10, 2017 |
|---|---|
| Invoice number | 005-010-2017-0737 |

\* On July 1, UBIC KK changed its company name to "FRONTEO KK"

*[Signatory Seal]*
FRONTEO KK
(Former company name: UBIC KK)

ZIP: 108-0075
Meisan Takahama Building 7F
2-12-23 Konan, Minato-ku, Tokyo-to

TEL: 03-5463-7577   FAX: 03-5463-7578
Issuer: Tomomi Masui

To: Kawasaki Heavy Industries, Ltd.

Your invoice is as follows.

Unit: Yen

| Total | 10,503,564 |
|---|---|

\* Bank transfer fees are to be covered by the client.

| Payment due date | September 30, 2017 |
|---|---|
| Bank account | MUFG Bank, LTD., Shinagawa-Ekimae Brunch, Savings account: 2034628 |
| Account name | FRONTEO Inc.   Katakana notation: ka) furonteo |

| Subject | July 2017 |
|---|---|
| Case # | S1704014 |
| Quote number | 005-009-2017-0538 |

| Work completion date | Particulars | Price | Remarks |
|---|---|---|---|
| | Consulting | | |
| July 21, 2017 | Data safety | 168,500 | |
| | Data processing | - | |
| July 31, 2017 | Data hosting | 1,663,600 | |
| July 29, 2017 | Production | 176,547 | $1,616.73 - *See Mortazavi Decl. para. 8(a)* |
| | Translation | | |
| July 26, 2017 | Document scanning | 2,101,759 | $18,563.50 - *See Mortazavi Decl. para. 8(b)* |
| July 19, 2017 | Document review | 4,830,000 | |
| July 30, 2017 | Other | 615,000 | |
| Subtotal | | 9,555,406 | |
| Consumption tax | | 764,432 | |

| Effective date | Expense item | Amount | Remarks |
|---|---|---|---|
| | Actual costs | 183,726 | \*See attachment |
| | | | |
| | | | |
| | | | |
| | | | |
| Subtotal | | 183,726 | |

| Notes |
|---|
| |

\* Attachment

## Expense breakdown: Case# S1704014

| Date | For | Amount | Notes |
|---|---|---|---|
| July 10, 2017 | Freight | ¥126,520 | Binder |
| July 20, 2017 | Taxi | ¥410 | FRONTEO → Shinagawa |
| July 20, 2017 | Train | ¥14,990 | Shinagawa → Hyogo |
| July 20, 2017 | Accommodation fee | ¥4,400 | Kobe Luminous Hotel |
| July 21, 2017 | Taxi | ¥760 | Client → Hyogo |
| July 21, 2017 | Train | ¥15,190 | Hyogo → Shinagawa |
| July 21, 2017 | Taxi | ¥410 | Shinagawa → FRONTED |
| July 20 and 21, 2017 | Daily allowance | ¥5,600 | For 2 days |
| July 25, 2017 | Freight | ¥3,183 | FedEx |
| July 26, 2017 | Freight | ¥12,263 | FedEx |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total | ¥183,726 |  |



# Patent Translations Inc.

1001 Fourth Ave., Suite 3200   mail@PatentTranslations.com
Seattle, WA 98154, U.S.A.   www.PatentTranslations.com
Fax: 206-382-9648   Phone: 206-684-9312

# VERIFICATION AND CERTIFICATION OF TRANSLATION

Document translated:   Invoice (July 2017_S1704014) Kawasaki Heavy
Industries, Ltd.

This is to certify that the document mentioned above was translated into
English by Patent Translations Inc., and represents an accurate and faithful
rendition of the original text to the best of my knowledge and belief.

Martin Cross
President, Patent Translations Inc.
12/6/2019

# Exhibit L

FIFW MSGA
Document screenshot_1575935817022.gif upload complete. FILE<GO> to view. MSGA<GO

| Actions ▾ | | | | | | Currency Rates Matrix |
| Basket | Majors | | ◉ Last Price | Rate | Spot | Date | 07/06/17 |
| Source | BGN | | ○ % Change | ◉ Outrights ○ Points | ☑ Heat Map |

10) Spot   11) Forward   12) Fixing

| | USD | EUR | JPY | GBP | CHF | CAD | AUD | NZD | HKD | NOK | SEK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEK | 8.4423 | 9.6434 | .07456 | 10.950 | 8.7900 | 6.5052 | 6.4046 | 6.1421 | 1.0809 | 1.0109 | |
| NOK | 8.3513 | 9.5394 | .07376 | 10.832 | 8.6953 | 6.4351 | 6.3356 | 6.0759 | 1.0692 | | .98922 |
| HKD | 7.8105 | 8.9217 | .06898 | 10.131 | 8.1322 | 6.0184 | 5.9253 | 5.6825 | | | .92516 |
| NZD | 1.3745 | 1.5700 | .01214 | 1.7828 | 1.4311 | 1.0591 | 1.0427 | | .17598 | .16458 | .16281 |
| AUD | 1.3182 | 1.5057 | .01164 | 1.7098 | 1.3725 | 1.0157 | | .95902 | .16877 | .15784 | .15614 |
| CAD | 1.2978 | 1.4824 | .01146 | 1.6833 | 1.3512 | | .98453 | .94419 | .16616 | .15540 | .15372 |
| CHF | .96045 | 1.0971 | .00848 | 1.2458 | | .74007 | .72862 | .69876 | .12297 | .11501 | .11377 |
| GBP | .77096 | .88064 | .00681 | | .80271 | .59406 | .58487 | .56090 | .09871 | .09232 | .09132 |
| JPY | 113.22 | 129.33 | | 146.86 | 117.88 | 87.243 | 85.894 | 82.374 | 14.496 | 13.557 | 13.411 |
| EUR | .87545 | | .00773 | 1.1355 | .91151 | .67458 | .66415 | .63693 | .11209 | .10483 | .10370 |
| USD | | 1.1423 | .00883 | 1.2971 | 1.0412 | .77055 | .75863 | .72754 | .12803 | .11974 | .11845 |

% Change on Day Range
Below -2.5%   -0.5% to -2.5%  -0.05% to -0....  -0.05% to 0.0...  0.05% to 0.5%   0.5% to 2.5%   Above 2.5%
Rates are from Composite where Bloomberg BGN is not available.

SN 541460 EST   GMT-5:00 G819-3073-0 09-Dec-2019 18:57:13

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2019 Bloomberg Finance L.P.

Document screenshot_1575935771496.gif upload complete. FILE<GO> to view. MSGA<GO

| Actions | | | | | | | | | | Currency Rates Matrix |
|---|---|---|---|---|---|---|---|---|---|---|
| Basket | Majors ▼ | ◉ Last Price | Rate | Spot | | | | | Date | 08/10/17 ▢ |
| Source | BGN ▼ | ○ % Change | ◉ Outrights ○ Points | | | | | | ☑ Heat Map | |

| 10) Spot | 11) Forward | 12) Fixing |
|---|---|---|

|  | USD | EUR | JPY | GBP | CHF | CAD | AUD | NZD | HKD | NOK | SEK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEK | 8.1352 | 9.5768 | .07450 | 10.557 | 8.4515 | 6.3836 | 6.4067 | 5.9184 | 1.0406 | 1.0232 | |
| NOK | 7.9508 | 9.3597 | .07281 | 10.317 | 8.2600 | 6.2389 | 6.2615 | 5.7842 | 1.0170 | | .97733 |
| HKD | 7.8176 | 9.2030 | .07159 | 10.145 | 8.1216 | 6.1344 | 6.1566 | 5.6873 | | .98325 | .96096 |
| NZD | 1.3746 | 1.6182 | .01259 | 1.7837 | 1.4280 | 1.0786 | 1.0825 | | .17583 | .17288 | .16897 |
| AUD | 1.2698 | 1.4948 | .01163 | 1.6478 | 1.3192 | .99640 | | .92378 | .16243 | .15971 | .15609 |
| CAD | 1.2744 | 1.5002 | .01167 | 1.6537 | 1.3239 | | 1.0036 | .92712 | .16301 | .16028 | .15665 |
| CHF | .96257 | 1.1331 | .00881 | 1.2491 | | .75532 | .75805 | .70027 | .12313 | .12107 | .11832 |
| GBP | .77062 | .90719 | .00706 | | .80059 | | .60689 | .56063 | .09858 | .09692 | .09473 |
| JPY | 109.20 | 128.56 | | 141.71 | 113.45 | 85.692 | 86.001 | 79.446 | 13.969 | 13.735 | 13.424 |
| EUR | .84947 | | .00778 | 1.1023 | .88250 | .66657 | .66898 | .61799 | .10866 | .10684 | .10442 |
| USD | | 1.1772 | .00916 | 1.2977 | 1.0389 | .78469 | .78753 | .72750 | .12792 | .12577 | .12292 |

% Change on Day Range
  Below -2.5%   -0.5% to -2.5%  -0.05% to -0....  -0.05% to 0.0...  0.05% to 0.5%   0.5% to 2.5%    Above 2.5%
Rates are from Composite where Bloomberg BGN is not available.

SN 541460 EST   GMT-5:00 G019-3073-0 09-Dec-2019 10:56:32

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2019 Bloomberg Finance L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT BLAIR,

              *Plaintiff,*

    v.

ALSTOM TRANSPORTATION, INC. and
KAWASAKI RAIL CAR, INC.,

              *Defendants.*

C.A. No. 1:16-cv-03391-PAE-JLC

---

## DEFENDANT KAWASAKI RAIL CAR, INC.'S
## NOTICE OF APPLICATION FOR COSTS AGAINST PLAINTIFF

**PLEASE TAKE NOTICE** that, upon Defendant's Bill of Costs, the Declaration of

Sheila Mortazavi dated September 8, 2020, and the exhibits annexed thereto, and all other

pleadings and proceedings herein, Defendant will move this Court before the Orders and

Judgment Clerk, at the United States Courthouse for the Southern District of New York, located

at 500 Pearl Street, Room 250, New York, NY 10007 on September 25, 2020 at 11:30 A.M. or,

as soon thereafter as counsel may be heard, at a time and date to be determined as convenient for

the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil

Rule 54.1, and 28 U.S.C. § 1920, granting fees and costs sought by Defendant and granting such

other relief that this Court deems proper.

- 1 -

Dated: September 9, 2020                    Respectfully submitted,

                                            /s/ *Armin Ghiam*
                                            Sheila Mortazavi
                                            Zaed M. Billah
                                            Armin Ghiam
                                            HUNTON ANDREWS KURTH LLP
                                            200 Park Avenue
                                            New York, NY 10166
                                            Telephone: (212) 309-1000
                                            Facsimile: (212) 309-1100
                                            *Attorneys for Defendant*
                                            *Kawasaki Rail Car Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Armin Ghiam*

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| Scott Blair | ) |
| | ) |
| v. | ) |
| Alstom Transportation, Inc. and Kawasaki Rail | ) |
| Car, Inc. | ) |

Case No.: 1:16-cv-03391-PAE-JLC

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/06/2020___ against ___Scott Blair___,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| *See Receipts and Objections* | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | *116.40* ~~2,470.25~~ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,155.31 ✓ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| *Done on Submission objection filed* | |
| TOTAL | $ ~~15,625.56~~ |
| | *13,271.71* |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:    ___s/ Armin Ghiam___

Name of Attorney:  ___Armin Ghiam___

For: ___Kawasaki Rail Car, Inc.___          Date: ___09/09/2020___
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of ___$13,271.71___          and included in the judgment.

___Ruby J. Krajick___          By: _____          ___10/5/2020___
    *Clerk of Court*                  *Deputy Clerk*                *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT BLAIR,

*Plaintiff,*

v.

ALSTOM TRANSPORTATION, INC. and
KAWASAKI RAIL CAR, INC.,

*Defendants.*

C.A. No. 1:16-cv-03391-PAE-JLC

## DECLARATION OF SHEILA MORTAZAVI IN SUPPORT OF KAWASAKI RAIL CAR, INC.'S APPLICATION FOR COSTS AGAINST PLAINTIFF

I, Sheila Mortazavi, declare as follows:

1.      I am a partner with the law firm Hunton Andrews Kurth LLP, and lead counsel of record for Kawasaki Rail Car, Inc. ("Kawasaki") in this action, as well as in two related *inter partes* review ("IPR") proceedings (IPR2017-00117 and IPR2017-01036) before the U.S. Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB), and the appeal of IPR2017-00117 before the U.S. Court of Appeals for the Federal Circuit (No. 18-2098).  I am fully familiar with the facts and circumstances of this action.

2.      I submit this declaration in support of Kawasaki Rail Car, Inc.'s Bill of Costs, which requests that the Clerk tax $15,625.56 in costs against plaintiff, Scott Blair, pursuant to Fed. R. Civ. P. Rule 54, Local Rule 54.1, 28 U.S.C. § 1920, and the Court's Opinion and Order dated August 5, 2020 (D.I. 127 at 18), which directed Kawasaki "to present its bill of costs to the Clerk within 30 days of the entry of final judgment by this Court, or, if Blair appeals, within 30 days of the final disposition of Blair's appeal."

3.      The Court entered final judgment on August 6, 2020. (D.I. 128).

4.      Kawasaki seeks a total of $15,625.56 in taxable costs, as indicated on the Bill of Costs and further itemized below.  I declare that these costs are correct and were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

5.      Plaintiff filed this action on May 5, 2016, asserting a cause of action for alleged patent infringement. (D.I. 1).  Kawasaki challenged the validity of the asserted patent claims in IPR2017-00117 and IPR2017-01036, and moved the Court to stay this case pending the outcome of those IPR proceedings.  The Court held oral argument on the stay motion on June 5, 2017.  At the conclusion of the hearing, Judge Engelmayer orally ruled on the stay motion and granted the stay, indicated that a written order would not follow, and invited the parties to purchase the transcript. A copy of the salient portions from the June 5, 2017 hearing is attached as Exhibit A. Kawasaki ordered the June 5, 2017 hearing transcript in accordance with Judge Engelmayer's directive (see Ex. A at 53:3-8).  Kawasaki is entitled to this cost in the amount of **$116.40** as the prevailing party.  A true copy of the invoice from the court stenographer, Southern District Reporters PC, is attached as Exhibit B.

6.      While this case was stayed, the U.S. Patent Office held that all of the asserted patent claims challenged in IPR2017-00117 and IPR2017-01036 were unpatentable. The Final Written Decisions from IPR2017-00117 and IPR2017-01036 are attached as Exhibits C-D, respectively. Plaintiff appealed the decision in IPR2017-00117, but the U.S. Court of Appeal for the Federal Circuit summarily affirmed.  Plaintiff did not appeal the decision in IPR2017-01036.

7.      On December 9, 2019, Kawasaki filed a Motion for Judgment on the Pleadings, a Finding of Exceptional Case, and Attorneys' Fees and Costs Pursuant to 35 U.S.C. § 285 and

Fed. R. Civ. P. 54(d), as well as a supporting memorandum and declarations.  (D.I. 106-111).

Kawasaki's motion, *inter alia*, sought to dismiss this case based on the Final Written Decisions

in IPR2017-00117 and IPR2017-01036 finding the asserted patent claims unpatentable as

obvious.  The Court granted Kawasaki's motion for judgment on the pleadings and dismissed the

case on August 5, 2020, and found that Kawasaki is entitled to taxable costs as the prevailing

party.  (D.I. 127 at 1).  The Final Written Decisions that were attached as exhibits L and O to the

Declaration of Zaed Billah in support of Kawasaki's motion for judgment on the pleadings (D.I.

108)[1], and which were cited by the Court in its Opinion and Order as the basis for dismissal of

this case (*see* D.I. 127 at 8), specifically cite the following deposition transcripts that were

necessarily obtained for use in this case pursuant to 28 U.S.C. § 1920(2):

      a.     Lowell Malo – Mr. Malo provided an expert declaration in IPR2017-00117. He

                 was deposed on November 28, 2017. In its Final Written Decision, the PTAB

                 considered the issue of whether there was a reasonable expectation of success in

                 combining prior art references. (Ex. C at 28-29). Regarding this issue, the PTAB

                 expressly relied on Mr. Malo's deposition testimony in finding the challenged

                 claims unpatentable as obvious. (*Id.*).  Kawasaki is therefore entitled to this cost

                 in the amount of **$786.45**. A true copy of the invoice from the court stenographer,

                 Veritext Legal Solutions, is attached as Exhibit E.

      b.     Joseph P. Zicherman - Mr. Zicherman provided expert declarations on behalf of

                 Mr. Blair in IPR2017-01036. He was deposed on February 28, 2018 and again on

                 April 13, 2018. The transcripts for these two depositions were cited by the PTAB

---

[1] For convenience, the PTAB Final Written Decisions that were attached as exhibits L and O to
the Declaration of Zaed Billah in support of Kawasaki's motion are also attached to this
Declaration as Exhibits C-D.

in its Final Written Decision as Exhibits 1035 and 1038. (Ex. D at 19, 22-23, 25-28, 44, 55). As indicated therein, the PTAB relied on Mr. Zicherman's testimony in considering various issues pertaining to whether the challenged claims were unpatentable as obvious. (*Id.*). Kawasaki is entitled to the cost of these transcripts, in the amount of **$1138.80** for the February 28, 2018 deposition and **$428.60** for the April 13, 2018 deposition. True copies of the invoices from the court stenographer, Veritext Legal Solutions, are attached as Exhibits F-G.

8.    Kawasaki is also entitled to $13,155.31 as "costs of making copies of any materials where the copies are necessarily obtained for use in the case" pursuant to 28 U.S.C. § 1920(4). Attached as Exhibits H-I are two invoices in Japanese (along with their certified English translations) that were billed directly to Kawasaki's corporate parent, Kawasaki Heavy Industries, Ltd., by FRONTEO, Inc. ("FRONTEO"). FRONTEO is a vendor that provides discovery services, including document copying and scanning, production, e-discovery, and other related services. Kawasaki seeks a portion of the invoiced amounts (for items designated as "documents scanning" and "production") which relate to costs incurred for the production of documents that the Court ordered the parties to complete when the Court granted the stay motion. (Ex. A at 57:10-11). These scanning and production costs were incurred in response to Blair's document requests (attached as Exhibits J-K), which specifically requested an electronic production. The scanned documents were produced to plaintiff as KAWASAKI_003384 through KAWASAKI_041478. The amounts invoiced by FRONTEO were converted from Japanese yen to U.S. dollars using the applicable exchange rate for each of the invoiced dates, attached as Exhibit L. The total amount sought for this category for is **$13,155.31**, which includes:

    a. **$1616.73** for electronic production costs (the equivalent of 176,547 ¥ indicated on the August 10, 2017 invoice using a 109.2 ¥/$ exchange rate); and

    b. **$11,538.58** for document scanning costs. The total scanning costs were $31,073.76, including 1,366,120 ¥ ($12,510.26 using a 109.2 ¥/$ exchange rate) on the July 6, 2017 invoice and 2,101,759 ¥ ($18,563.50 using a 113.22 ¥/$ exchange rate) on the August 10, 2017 invoice. Because not all of the pages that were scanned by FRONTEO were produced, Kawasaki has prorated the scanning costs, and seeks only the amount associated with documents actually produced: of the 102,591 pages scanned, 38,095 pages (or approximately 37.13%) were produced.

9.    It is respectfully requested that the Clerk issue an Order granting Kawasaki's requested costs in the amount of $15,625.56.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2020

Sheila Mortazavi

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Armin Ghiam*

# Exhibit B

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:  0484741-IN
INVOICE DATE:  06/23/17

CUSTOMER NO.:  1026115
WORK ORDER NO.:  180062
SALESPERSON:  CSIW

Andrews & Kurth LLP
1801 Page Mill Rd
Suite 210
Alto, CA  94304
Attention:Liberty Quan

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | SCOTT BLAIR V ALSTOM, ET AL. | | | |
|----------|------------------------------|---|---|---|
| | CASE NO. | 16CV03391 | | |
| 6/5/2017 | Original | 60.00 Pages at | $1.94 | 116.40 |



CK. NO. _AMEX_
DATE _6/23/17_

| | |
|---|---|
| Net Invoice: | 116.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 116.40 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

| | |
|---|---|
| Less Deposit: | 116.40 |
| **Invoice Balance:** | 0.00 |

# Exhibit E

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

*Ok & pay*
*Zaed Billah, 12/19/17*
*Zaed Billah*

| Bill To: | Zaed M. Billah, Esq.<br>Andrews Kurth, LLP<br>1 Broadway<br>New York, NY, 10004 | | |
|---|---|---|---|

| | | Invoice #: | NY3175500 |
|---|---|---|---|
| | | Invoice Date: | 12/6/2017 |
| | | Balance Due: | $2,269.75 |

*Total & Bill 256019 - $1,515.95*
*Total & Bill 264805 $753.80*

| Case: | Kawasaki Rail Car, Inc. v. Scott Blair |
|---|---|
| Job #: | 2761960 | Job Date: 11/28/2017 | Delivery: Normal |
| Billing Atty: | Zaed M. Billah, Esq. |
| Location: | Andrews Kurth LLP |
| | One Broadway | Battery Park - 10th Floor | New York, NY 10004 |
| Sched Atty: | Darius Keyhani, Esq. | Meredith & Keyhani, PLLC |

| Witness | Description | Amount |
|---|---|---|
| Lowell Malo , (00117)<br>*256019* | Transcript Services *265019* | $786.45 |
| | Exhibit Management | $141.00 |
| | Realtime Services | $344.25 |
| | Rough Draft | $229.50 |
| Lowell Malo , (01036)<br>*264805* | Transcript Services *264805* | $363.30 |
| | Exhibit Management | $143.25 |
| | Realtime Services | $139.50 |
| | Rough Draft | $93.00 |
| | Delivery and Handling *Split 50-50 265019* | $29.50 |

Notes: *+ 264805*

| | |
|---|---|
| Invoice Total: | $2,269.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,269.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*Not allowable $.0 Agree w/ all objections*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | NY3175500 |
|---|---|---|
| | Job #: | 2761960 |
| | Invoice Date: | 12/6/2017 |
| | Balance: | $2,269.75 |

52240

# Exhibit F



**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Armin Ghiam Esq.<br>Andrews Kurth, LLP<br>1 Broadway<br>New York, NY, 10004 | **Invoice #:** NY3272781<br>**Invoice Date:** 3/13/2018<br>**Balance Due:** $2,430.37 |

| | |
|---|---|
| **Case:** | Kawasaki Rail Car, Inc. v. Scott Blair |
| **Job #:** | 2826365 \| Job Date: 2/28/2018 \| Delivery: Normal |
| **Billing Atty:** | Armin Ghiam Esq. |
| **Location:** | Meredith & Keyhani |
| | 205 Main Street \| East Aurora, NY 14052 |
| **Sched Atty:** | \| Andrews Kurth, LLP |

| Witness | Description | Amount |
|---|---|---|
| Joseph B. Zicherman | Transcript Services | $1,138.80 |
| | Professional Attendance | $170.00 |
| | Exhibit Management | $270.35 |
| | Realtime Services | $441.00 |
| | Rough Draft | $294.00 |
| | Expenses | $64.20 |
| | Delivery and Handling | $52.02 |

| Notes: Mileage Billed at Cost | | |
|---|---|---|
| | Invoice Total | $2,430.37 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $2,430.37 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*NOT ALLOWABLE $0 AGREE WITH OBJECTIONS*

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** NY3272781<br>**Job #:** 2826365<br>**Invoice Date:** 3/13/2018<br>**Balance:** $2,430.37 |

52240

# Exhibit G

*Matter: 264805* (handwritten)

## Veritext Corp
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Zaed M. Billah Esq.
Andrews Kurth, LLP
1 Broadway
New York, NY, 10004

| | |
|---|---|
| **Invoice #:** | NY3318560 |
| **Invoice Date:** | 4/23/2018 |
| **Balance Due:** | $1,291.12 |

| | |
|---|---|
| **Case:** | Kawasaki Rail Car, Inc. v. Scott Blair |
| **Job #:** | 2876230 | Job Date: 4/13/2018 | Delivery: Expedited |
| **Billing Atty:** | Zaed M. Billah Esq. |
| **Location:** | Meredith & Keyhani |
| | 205 Main Street | East Aurora, NY 14052 |
| **Sched Atty:** | Zaed M. Billah Esq. | Andrews Kurth, LLP |

*$12 Please Process Our Zaed Old Client Matter #264805 Fnk 604 — (handwritten)*

| Witness | Description | Amount |
|---|---|---|
| Joseph B. Zicherman | Transcript Services | $428.60 |
| | Transcript - Expedited Fee | $262.88 |
| | Professional Attendance | $85.00 |
| | Exhibit Management | $165.75 |
| | Realtime Services | $139.50 |
| | Rough Draft | $93.00 |
| | Expenses | $64.20 |
| | Delivery and Handling | $52.19 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,291.12 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,291.12 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*NOT ALLOWABLE $0 Agree with Objections (handwritten)*

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

62240

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY3318560 |
| **Job #:** | 2876230 |
| **Invoice Date:** | 4/23/2018 |
| **Balance:** | $1,291.12 |

# Exhibit H

# 請求書

| | |
|---|---|
| 発行日 | 2017/07/06 |
| 請求書番号 | 005-010-2017-0504 |

※株式会社UBICは、7月1日付で
『株式会社FRONTEO』に社名を変更いたしました。

川崎重工業株式会社　　　　　　　　　　御中

下記の通り、ご請求申し上げます。

単位:円

| 合計 | 5,099,023 |
|---|---|

＊ 振込手数料はお客様のご負担でお願い致します。

| 御支払期日 | 2017/08/31 |
|---|---|
| 振込口座 | 三菱東京UFJ銀行　品川駅前支店　普通2034628 |
| 口座名 | 株式会社FRONTEO　フリガナ　カ)フロンテオ |

| 件名 | 2017年6月度 |
|---|---|
| case# | S1704014 |
| 御見積書番号 | 005-009-2017-0431 |

**✴ FRONTEO**

株式会社FRONTEO
（旧社名：株式会社UBIC）

〒108-0075
東京都港区港南２－１２－２３
明産高浜ビル７Ｆ
TEL: 03-5463-7577　FAX: 03-5463-7578
発行者：　増井　怜美

| 作業完了日 | 内容 | 価格 | 摘要 |
|---|---|---|---|
| | コンサルティング | | |
| | データ保全 | | |
| | データプロセス | | |
| 2017/06/30 | データホスティング | 1,569,050 | |
| | プロダクション | | |
| | 翻訳 | | |
| 2017/06/30 | ドキュメントスキャン | 1,366,120 | |
| 2017/06/30 | ドキュメントレビュー | 1,571,500 | |
| 2017/06/29 | その他 | 97,500 | |
| | 小計 | 4,604,170 | |
| | 消費税 | 368,333 | |

| 発生日 | 経費項目 | 金額 | 摘要 |
|---|---|---|---|
| 2017/06/16 | 運送費 | 93,068 | 紙資料ダンボール244箱 |
| 2017/06/22 | 運送費 | 33,452 | 紙資料ダンボール8箱 |
| | | | |
| | | | |
| | 小計 | 126,520 | |

| 備考 |
|---|
| |

# Invoice

| Date of Issue | July 06, 2017 |
|---|---|
| Invoice number | 005-010-2017-0504 |

\* On July 1, UBIC KK changed its company name to "FRONTEO KK"

*[Signatory Seal]*
FRONTEO KK
(Former company name: UBIC KK)

To: Kawasaki Heavy Industries, Ltd.

ZIP: 108-0075
Meisan Takahama Building 7F
2-12-23 Konan, Minato-ku, Tokyo-to

Your invoice is as follows.

TEL: 03-5463-7577  FAX: 03-5463-7578
Issuer: Tomomi Masui

Unit: Yen

| Total | 5,099,023 |
|---|---|

\* Bank transfer fees are to be covered by the client.

| Payment due date | August 31, 2017 |
|---|---|
| Bank account | MUFG Bank, LTD., Shinagawa-Ekimae Brunch, Saving account:2034628 |
| Account name | FRONTEO Inc.   Katakana notation: ka) furonteo |

| Subject | June 2017 |
|---|---|
| Case # | S1704014 |
| Quote number | 005-009-2017-0431 |

| Work completion date | Particulars | Price | Remarks |
|---|---|---|---|
| | Consulting | | |
| | Data safety | | |
| | Data processing | | |
| June 30, 2017 | Data hosting | 1,569,050 | |
| | Production | | |
| | Translation | | |
| June 30, 2017 | Document scanning | 1,366,120 | $12,510.26 - See Mortazavi Decl. para. 8(b) |
| June 30, 2017 | Document review | 1,571,500 | |
| June 29, 2017 | Other | 97,500 | |
| Subtotal | | 4,604,170 | |
| Consumption tax | | 368,333 | |

| Effective date | Expense item | Amount | Remarks |
|---|---|---|---|
| June 16, 2017 | Freight | 93,068 | Paper material, 24 cardboard boxes |
| June 22, 2017 | Freight | 33,452 | Paper material, 8 cardboard boxes |
| | | | |
| | | | |
| | | | |
| Subtotal | | 126,520 | |

| Notes |
|---|
| |



# Patent Translations Inc.

1001 Fourth Ave., Suite 3200     mail@PatentTranslations.com
Seattle, WA 98154, U.S.A.     www.PatentTranslations.com
Fax: 206-382-9648     Phone: 206-684-9312

# VERIFICATION AND CERTIFICATION OF TRANSLATION

Document translated:   Invoice (June 2017_S1704014) Kawasaki Heavy
Industries, Ltd.

This is to certify that the document mentioned above was translated into
English by Patent Translations Inc., and represents an accurate and faithful
rendition of the original text to the best of my knowledge and belief.

Martin Cross
President, Patent Translations Inc.
12/6/2019

# Exhibit I

# 請求書

| 発行日 | 2017/08/10 |
|---|---|
| 請求書番号 | 005-010-2017-0737 |

※株式会社UBICは、7月1日付で
「株式会社FRONTEO」に社名を変更いたしました。

川崎重工業株式会社　　　　　　　　　　御中

下記の通り、ご請求申し上げます。

FRONTEO

株式会社FRONTEO
（旧社名：株式会社UBIC）

〒108-0075
東京都港区港南２－１２－２３
明産高浜ビル７Ｆ
TEL：03-5463-7577　FAX：03-5463-7578
発行者：　増井　怜美

単位:円

| 合計 | 10,503,564 |
|---|---|

＊ 振込手数料はお客様のご負担でお願い致します。

| 御支払期日 | 2017/09/30 |
|---|---|
| 振込口座 | 三菱東京UFJ銀行　品川駅前支店　普通2034628 |
| 口座名 | 株式会社FRONTEO　フリガナ　カ)フロンテオ |

| 件名 | 2017年7月度 |
|---|---|
| case# | S1704014 |
| 御見積書番号 | 005-009-2017-0538 |

| 作業完了日 | 内容 | 価格 | 摘要 |
|---|---|---|---|
| | コンサルティング | | |
| 2017/07/21 | データ保全 | 168,500 | |
| | データプロセス | | |
| 2017/07/31 | データホスティング | 1,663,600 | |
| 2017/07/29 | プロダクション | 176,547 | |
| | 翻訳 | | |
| 2017/07/26 | ドキュメントスキャン | 2,101,759 | |
| 2017/07/19 | ドキュメントレビュー | 4,830,000 | |
| 2017/07/30 | その他 | 615,000 | |
| | 小計 | 9,555,406 | |
| | 消費税 | 764,432 | |

| 発生日 | 経費項目 | 金額 | 摘要 |
|---|---|---|---|
| | 実費経費 | 183,726 | ※別紙参照 |
| | | | |
| | | | |
| | | | |
| | | | |
| | 小計 | 183,726 | |

| 備考 |
|---|
| |

※別紙

## 経費内訳　Case#S1704014

| 日付 | 手段 | 金額 | 備考 |
|---|---|---|---|
| 2017年7月10日 | 運送費 | ¥126,520 | バインダー |
| 2017年7月20日 | タクシー | ¥410 | FRONTEO⇒品川 |
| 2017年7月20日 | 電車 | ¥14,990 | 品川⇒兵庫 |
| 2017年7月20日 | 宿泊費 | ¥4,400 | 神戸ルミナスホテル |
| 2017年7月21日 | タクシー | ¥760 | お客様先⇒兵庫 |
| 2017年7月21日 | 電車 | ¥15,190 | 兵庫⇒品川 |
| 2017年7月21日 | タクシー | ¥410 | 品川⇒FRONTEO |
| 2017年7月20日、21日 | 日当 | ¥5,600 | 2日分 |
| 2017年7月25日 | 運送費 | ¥3,183 | Fedex |
| 2017年7月26日 | 運送費 | ¥12,263 | Fedex |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total | ¥183,726 |  |

# Invoice

| Date of Issue | August 10, 2017 |
|---|---|
| Invoice number | 005-010-2017-0737 |

\* On July 1, UBIC KK changed its company name to "FRONTEO KK"

To: Kawasaki Heavy Industries, Ltd.

Your invoice is as follows.

*[Signatory Seal]*
FRONTEO KK
(Former company name: UBIC KK)

ZIP: 108-0075
Meisan Takahama Building 7F
2-12-23 Konan, Minato-ku, Tokyo-to

TEL: 03-5463-7577   FAX: 03-5463-7578
Issuer: Tomomi Masui

Unit: Yen

| Total | 10,503,564 |
|---|---|

\* Bank transfer fees are to be covered by the client.

| Payment due date | September 30, 2017 |
|---|---|
| Bank account | MUFG Bank, LTD., Shinagawa-Ekimae Brunch, Savings account: 2034628 |
| Account name | FRONTEO Inc.   Katakana notation: ka) furonteo |

| Subject | July 2017 |
|---|---|
| Case # | S1704014 |
| Quote number | 005-009-2017-0538 |

| Work completion date | Particulars | Price | Remarks |
|---|---|---|---|
| | Consulting | | |
| July 21, 2017 | Data safety | 168,500 | |
| | Data processing | - | |
| July 31, 2017 | Data hosting | 1,663,600 | |
| July 29, 2017 | Production | 176,547 | $1,616.73 – *See Mortazavi Decl. para. 8(a)* |
| | Translation | | |
| July 26, 2017 | Document scanning | 2,101,759 | $18,563.50 – *See Mortazavi Decl. para. 8(b)* |
| July 19, 2017 | Document review | 4,830,000 | |
| July 30, 2017 | Other | 615,000 | |
| Subtotal | | 9,555,406 | |
| Consumption tax | | 764,432 | |

| Effective date | Expense item | Amount | Remarks |
|---|---|---|---|
| | Actual costs | 183,726 | *See attachment |
| | | | |
| | | | |
| | | | |
| | | | |
| Subtotal | | 183,726 | |

| Notes |
|---|
| |

\* Attachment

**Expense breakdown: Case# S1704014**

| Date | For | Amount | Notes |
|------|-----|--------|-------|
| July 10, 2017 | Freight | ¥126,520 | Binder |
| July 20, 2017 | Taxi | ¥410 | FRONTEO → Shinagawa |
| July 20, 2017 | Train | ¥14,990 | Shinagawa → Hyogo |
| July 20, 2017 | Accommodation fee | ¥4,400 | Kobe Luminous Hotel |
| July 21, 2017 | Taxi | ¥760 | Client → Hyogo |
| July 21, 2017 | Train | ¥15,190 | Hyogo → Shinagawa |
| July 21, 2017 | Taxi | ¥410 | Shinagawa → FRONTED |
| July 20 and 21, 2017 | Daily allowance | ¥5,600 | For 2 days |
| July 25, 2017 | Freight | ¥3,183 | FedEx |
| July 26, 2017 | Freight | ¥12,263 | FedEx |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total | ¥183,726 | |



# Patent Translations Inc.

1001 Fourth Ave., Suite 3200   mail@PatentTranslations.com
Seattle, WA 98154, U.S.A.   www.PatentTranslations.com
Fax: 206-382-9648   Phone: 206-684-9312

# VERIFICATION AND CERTIFICATION OF TRANSLATION

Document translated:   Invoice (July 2017_S1704014) Kawasaki Heavy
Industries, Ltd.

This is to certify that the document mentioned above was translated into
English by Patent Translations Inc., and represents an accurate and faithful
rendition of the original text to the best of my knowledge and belief.

Martin Cross
President, Patent Translations Inc.
12/6/2019

# Exhibit L

FIFW MSGA

Document screenshot_1575935817022.gif upload complete. FILE<GO> to view. MSGA<GO

| | Actions ▾ | | | | | | | Currency Rates Matrix |
|---|---|---|---|---|---|---|---|---|

Basket  Majors
Source  BGN

○ Last Price   Rate  Spot
○ % Change   ◉ Outrights ○ Points

Date  07/06/17
☑ Heat Map

10) Spot   11) Forward   12) Fixing

| | USD | EUR | JPY | GBP | CHF | CAD | AUD | NZD | HKD | NOK | SEK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEK | 8.4423 | 9.6434 | .07456 | 10.950 | 8.7900 | 6.5052 | 6.4046 | 6.1421 | 1.0809 | 1.0109 | |
| NOK | 8.3513 | 9.5394 | .07376 | 10.832 | 8.6953 | 6.4351 | 6.3356 | 6.0759 | 1.0692 | | .98922 |
| HKD | 7.8105 | 8.9217 | .06898 | 10.131 | 8.1322 | 6.0184 | 5.9253 | 5.6825 | | .93525 | .92516 |
| NZD | 1.3745 | 1.5700 | .01214 | 1.7828 | 1.4311 | 1.0591 | 1.0427 | | .17598 | .16458 | .16281 |
| AUD | 1.3182 | 1.5057 | .01164 | 1.7098 | 1.3725 | 1.0157 | | .95902 | .16877 | .15784 | .15614 |
| CAD | 1.2978 | 1.4824 | .01146 | 1.6833 | 1.3512 | | .98453 | .94419 | .16616 | .15540 | .15372 |
| CHF | .96045 | 1.0971 | .00848 | 1.2458 | | .74007 | .72862 | .69876 | .12297 | .11501 | .11377 |
| GBP | .77096 | .88064 | .00681 | | .80271 | .59406 | .58487 | .56090 | .09871 | .09232 | .09132 |
| JPY | 113.22 | 129.33 | | 146.86 | 117.88 | 87.243 | 85.894 | 82.374 | 14.496 | 13.557 | 13.411 |
| EUR | .87545 | | .00773 | 1.1355 | .91151 | .67458 | .66415 | .63693 | .11209 | .10483 | .10370 |
| USD | | 1.1423 | .00883 | 1.2971 | 1.0412 | .77055 | .75863 | .72754 | .12803 | .11974 | .11845 |

% Change on Day Range
 Below -2.5%   -0.5% to -2.5% -0.05% to -0...  -0.05% to 0.0...  0.05% to 0.5%   0.5% to 2.5%   Above 2.5%

Rates are from Composite where Bloomberg BGN is not available.

SN 541468 EST   GMT-5:00 G819-3073-0 09-Dec-2019 18:57:13

Document screenshot_1575935771496.gif upload complete. FILE<GO> to view. MSGA<GO

| Actions | | | | | | Currency Rates Matrix |
|---|---|---|---|---|---|---|
| Basket | Majors | ⊙ Last Price | Rate | Spot | | Date | 08/10/17 |
| Source | BGN | ○ % Change | ⊙ Outrights ○ Points | | | ☑ Heat Map |

10) Spot    11) Forward    12) Fixing

| | USD | EUR | JPY | GBP | CHF | CAD | AUD | NZD | HKD | NOK | SEK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEK | 8.1352 | 9.5768 | .07450 | 10.557 | 8.4515 | 6.3836 | 6.4067 | 5.9184 | 1.0406 | 1.0232 | |
| NOK | 7.9508 | 9.3597 | .07281 | 10.317 | 8.2600 | 6.2389 | 6.2615 | 5.7842 | 1.0170 | | .97733 |
| HKD | 7.8176 | 9.2030 | .07159 | 10.145 | 8.1216 | 6.1344 | 6.1566 | 5.6873 | | .98325 | .96096 |
| NZD | 1.3746 | 1.6182 | .01259 | 1.7837 | 1.4280 | 1.0786 | 1.0825 | | .17583 | .17288 | .16897 |
| AUD | 1.2698 | 1.4948 | .01163 | 1.6478 | 1.3192 | .99640 | | .92378 | .16243 | .15971 | .15609 |
| CAD | 1.2744 | 1.5002 | .01167 | 1.6537 | 1.3239 | | 1.0036 | .92712 | .16301 | .16028 | .15665 |
| CHF | .96257 | 1.1331 | .00881 | 1.2491 | | .75532 | .75805 | .70027 | .12313 | .12107 | .11832 |
| GBP | .77062 | .90719 | .00706 | | .80059 | .60470 | .60689 | .56063 | .09858 | .09692 | .09473 |
| JPY | 109.20 | 128.56 | | 141.71 | 113.45 | 85.692 | 86.001 | 79.446 | 13.969 | 13.735 | 13.424 |
| EUR | .84947 | | .00778 | 1.1023 | .88250 | .66657 | .66898 | .61799 | .10866 | .10684 | .10442 |
| USD | | 1.1772 | .00916 | 1.2977 | 1.0389 | .78469 | .78753 | .72750 | .12792 | .12577 | .12292 |

% Change on Day Range
  Below -2.5%   -0.5% to -2.5%  -0.05% to -0...  -0.05% to 0.0...  0.05% to 0.5%  0.5% to 2.5%   Above 2.5%
Rates are from Composite where Bloomberg BGN is not available.

SN 541468 EST  GMT-5:00 G819-3073-0 09-Dec-2019 18:56:32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT BLAIR,

*Plaintiff,*

v.

ALSTOM TRANSPORTATION, INC. and
KAWASAKI RAIL CAR, INC.,

*Defendants.*

C.A. No. 1:16-cv-03391-PAE-JLC

## DEFENDANT KAWASAKI RAIL CAR, INC.'S
## NOTICE OF APPLICATION FOR COSTS AGAINST PLAINTIFF

**PLEASE TAKE NOTICE** that, upon Defendant's Bill of Costs, the Declaration of

Sheila Mortazavi dated September 8, 2020, and the exhibits annexed thereto, and all other

pleadings and proceedings herein, Defendant will move this Court before the Orders and

Judgment Clerk, at the United States Courthouse for the Southern District of New York, located

at 500 Pearl Street, Room 250, New York, NY 10007 on September 25, 2020 at 11:30 A.M. or,

as soon thereafter as counsel may be heard, at a time and date to be determined as convenient for

the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil

Rule 54.1, and 28 U.S.C. § 1920, granting fees and costs sought by Defendant and granting such

other relief that this Court deems proper.

Dated: September 9, 2020

Respectfully submitted,

/s/ *Armin Ghiam*
Sheila Mortazavi
Zaed M. Billah
Armin Ghiam
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
*Attorneys for Defendant*
*Kawasaki Rail Car Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Armin Ghiam*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCOTT BLAIR,

      Plaintiff,

      v.

ALSTOM TRANSPORTATION, INC.
AND KAWASAKI RAIL CAR, INC.,

      Defendants.

Case No. 1:16-cv-03391-PAE

## PLAINTIFF'S OBJECTIONS TO DEFENDANT KAWASAKI RAIL CAR, INC.'S BILL OF COSTS

Defendant Kawasaki Railcar, Inc. ("Defendant") seeks to recover $15,625.56 in costs from Plaintiff Scott Blair ("Plaintiff") following entry of judgment in this case (Dkt. #131). Plaintiff objects to Defendant's requests to the extent they impermissibly include costs for deposition transcripts from *inter partes* review proceedings before the Patent Trial and Appeal Board. Accordingly, Plaintiff respectfully requests that the Court deny Defendant's request for $2353.85, the cost of these transcripts (Dkt. #132, at 3-4).[1]

This Court and others have held that costs from IPR proceedings are not taxable by the Clerk. *See, e.g., Hockeyline, Inc. v. STATS LLC*, No. 13-CV-1446, 2017 WL 1743022, at *8-9 (S.D.N.Y. Apr. 27, 2017); *Credit Acceptance Corp. v. Westlake Servs., LLC*, No. CV 13-01523 SJO, 2016 U.S. Dist. LEXIS 181618, at *11 (C.D. Cal. Jan. 5, 2016); *Clearlamp, LLC v. LKQ Corp.*, No. 12 Civ. 2533, 2016 WL 7013478, at *1 (N.D. Ill. Nov. 30, 2016). In *Hockeyline*, this Court denied the prevailing party's request for costs incurred in connection with the IPR review.

---

[1] Defendant seeks $786.45 for the deposition transcript of Lowell Malo, and $1138.80 and $428.60 for deposition transcripts of Joseph Zicherman (Dkt. #132, at 3-4).

2017 WL 1743022, at *8-9.  In holding that fees paid in connection with IPRs are not taxable, the

Court rejected the prevailing party's assertion that the litigation had "shifted" to the PTAB and the

IPR was a "substitute for the district court proceeding." *Id.* at *8.  As the Court explained:

> The Court disagrees that the litigation "shifted" to PTAB; PTAB merely determined
> the validity of Hockeyline's patent, and this Court remained the adjudicator of the
> infringement suit.  Moreover, "absent explicit statutory or contractual authorization
> for the taxation of the [litigant's expenses] as costs, federal courts are bound by the
> limitations set out in [28 U.S.C. § 1920]." *Crawford Fitting Co. v. J. T. Gibbons,*
> *Inc.,* 482 U.S. 437, 445 (1987).

*Id.* Local Rule Civil Rule 54.1(c) further limits costs for depositions to those "used or received

in evidence at the trial" or "used by **the Court** in ruling on a motion for summary judgment or

other dispositive substantive motion." *Ramos v. City of N.Y.*, No. 15 CIV. 6085, 2019 WL

3254964, at *2 (S.D.N.Y. July 21, 2019) (emphasis added).

Defendant's request to recover $2353.85 for the cost of deposition transcripts used solely

in the IPR proceedings is improper.  These transcripts were never used in any proceeding in this

Court, nor were they used by the Court in any ruling on any motion. *See id.* The deposition

transcripts all relate specifically to the IPR proceedings and are, e.g., directed to standards (the

"broadest reasonable interpretation" standard for claim construction and invalidation by a

preponderance of the evidence) unique to the IPR context and inapplicable to the district court

litigation.  Further, as in *Hockeyline*, the litigation never "shifted" to the PTAB nor was the IPR a

"substitute for the district court proceeding"; rather, the "PTAB merely determined the validity of

[Plaintiff's] patent, and this Court remained the adjudicator of the infringement suit." 2017 WL

1743022, at *8.  Defendant's assertion that the transcripts were "necessarily obtained for use in

this case pursuant to 28 U.S.C. § 1920(2)" is without merit.

For these reasons, Plaintiff asks that the Court deny Defendant's request for $2353.85

relating to the IPR proceedings.

Dated: September 18, 2020                    Respectfully submitted,

                                             s/ Dariush Keyhani
                                             Dariush Keyhani
                                             Keyhani LLC
                                             1050 30th Street NW
                                             Washington, DC 20007
                                             Telephone: (202) 748-8950
                                             Fax: (202) 318-8958
                                             dkeyhani@keyhanillc.com
                                             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Objections to Defendant Kawasaki Rail Car, Inc.'s Bill of Costs was electronically filed on this September 18, 2020. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

/s/Anya Engel
Anya Engel